# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

DEAN PADGETT

_____/

**SEALED INDICTMENT**

5:24cr11-mw/mjf

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about October 3, 2023, in the Northern District of Florida, the defendant,

**DEAN PADGETT,**

while acting under color of law, as a correctional officer of the State of Florida, did assault and strike A.T., an inmate at the Gulf Correctional Institution, resulting in bodily injury to A.T., and thereby did willfully deprive A.T. of a right secured and protected by the Constitution and laws of the United States, that is, the right not to be subjected to cruel and unusual punishment while in official custody and detention by one acting under color of law.

In violation of Title 18, United States Code, Section 242.

FILED USDC FLND PN
MAR 21 '24 AM 9:54

Returned in open court pursuant to Rule 6(f)

Date: 3/21/2024

United States Magistrate Judge

## COUNT TWO

On or about October 18, 2023, in the Northern District of Florida, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the Federal Bureau of Investigation, the defendant,

## DEAN PADGETT,

did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, to wit, the defendant falsely stated that he never struck A.T. and that he never put his boot on and never put pressure on A.T.'s neck on October 3, 2023, whereas, in truth and in fact and as the defendant well knew, the defendant had struck A.T., put his boot on, and put pressure on A.T.'s neck on October 3, 2023.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL:

FOREPERSON

MAR 21, 2024
DATE

JASON R. COODY
United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney

KHARI A. JAMES
Assistant United States Attorney