## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 5:24-CR-11-MW/MJF

DEAN PADGETT

_____/

## BRADY v. MARYLAND NOTICE

Pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and consistent with *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, the government must produce to defendant or defendant's counsel information that is material and exculpatory and which is known to the prosecutors or those working on the government's behalf in this case. The government must produce such information such that the defendant or defendant's counsel effectively might use such information at trial and sentencing, respectively. Failure to produce such information timely may result in exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or other sanctions.

**SO ORDERED** on March 28, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**