# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

SEALED

VS

CASE NO. 5:24cr11-MW

DEAN PADGETT

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DEAN PADGETT__
Name
and bring him or her forthwith to the nearest magistrate to answer an

**Indictment**

charging him or her with:

Deprivation of rights under color of law with bodily injury; False statement to federal authority

in violation of Title 18 United States Code, Section(s) 242, 1001

| | |
|---|---|
| Jessica J. Lyublanovits | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Angela Maxwell | March 21, 2024   Tallahassee |
| Deputy Clerk: Angela Maxwell | Date and Location |
| Bail fixed at $ Bail Reform Act and/or in accordance with Comprehensive Crime Control Act of 1984. | by _Zachary C. Bolitho_ Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Self-surrender @ Pensacola federal Courthouse |

| DATE RECEIVED 3-21-24 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3-28-24 | R.W. Orlochica, DUSM | /s/ |

FILED USDC FLND PN
MAR 29 '24 PM 1:11 mB