UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO. 5:24cr11-MW

**DEAN PADGETT**

_____/

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL**

Defendant, Dean Padgett, by and through undersigned counsel, hereby respectfully moves this Court to continue the trial of his case from the currently scheduled date of May 28, 2024 until June 24, 2024. In support of this motion, Mr. Padgett states the following:

1. On March 28, 2024, Mr. Padgett was arraigned on an indictment charging one count of assault on an inmate resulting in bodily injury, while acting under color of law as a correctional officer of the State of Florida. Mr. Padgett faces a maximum of ten years' imprisonment. Mr. Padgett was ordered to be released pending trial. Trial is currently scheduled for May 28, 2024.

2. On May 1, 2024, Defense visited the Gulf Correctional Institution and examined the area where the incident at issue was alleged to have occurred. Defense

1

requires additional time to review the discovery with Mr. Padgett, fully investigate the allegations against him, and discuss his legal disposition options with him. Additionally, undersigned counsel has pre-arranged travel plans and is not available for trial the week of May 28, 2024. As such, undersigned counsel believes a continuance of the currently scheduled trial date is necessary.

3. The requested continuance is made in good faith and not for the purpose of unnecessary delay. The defense agrees that the speedy trial time period shall be tolled pursuant to 18 U.S.C. § 3161(h).

WHEREFORE, Mr. Padgett requests that this Court enter an order continuing the currently scheduled trial until June 24, 2024.

Respectfully submitted,

JOSEPH F. DEBELDER
FEDERAL PUBLIC DEFENDER

/s/ *Elizabeth L. Vallejo*
ELIZABETH L. VALLEJO
Assistant Federal Public Defender
Florida Bar No. 127120
227 N. Bronough Street
Suite 4200
Tallahassee, FL 32301
Phone (850) 942-8818
Fax (850) 942-8809

Attorney for Defendant

## CERTIFICATE OF L.R. 7.1 COMPLIANCE AND WORD COUNT

I hereby certify that I have conferred with Assistant United States Attorney David Goldberg and he is in agreement with the relief sought in this motion. This motion contains 394 words.

/s/ *Elizabeth L. Vallejo*
Elizabeth L. Vallejo

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished via ECF to AUSA David Goldberg, this 13th day of May, 2024.

/s/ *Elizabeth L. Vallejo*
Elizabeth L. Vallejo