# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  Case No.:  5:24cr11-MW/MJF

DEAN PADGETT,

*Defendant.*
_____/

## ORDER CONTINUING TRIAL

This Court has considered, without hearing, Defendant's unopposed motion to continue trial. ECF No. 20. This Court finds that a reasonable delay of the trial currently set for **May 28, 2024,** is appropriate for the reasons set out in Defendant's motion and that the ends of justice that will be served by granting the continuance outweigh the interests of the public and Defendants in a speedier trial. Accordingly, the motion to continue trial, ECF No. 20, is **GRANTED**. The Clerk shall re-notice the trial for the week of **June 24, 2024**.

**SO ORDERED on May 13, 2024.**

s/Mark E. Walker  
**Chief United States District Judge**