# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

v.                                        Case No. 5:24cr11/MW

**DEAN PADGETT**

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorneys, and respectfully moves for the Court to continue the current trial to the August 2024 term. In support thereof, the following is provided:

1. On or about March 21, 2024, a federal grand jury returned a two count indictment charging the defendant with the deprivation of rights of a prison inmate as well as making false statements to federal investigators during the course of the investigation. (ECF No. 1). The defendant pled not guilty, and trial was set for May 28, 2024. (ECF No. 15).

2. On or about May 13, 2024, the defendant filed an unopposed motion to continue the trial date in order to further prepare for an anticipated trial by jury. (ECF No. 20). The Court granted the motion and reset the trial for June 24, 2024. (ECF No. 21).

3. Counsel for the government both have out of district travel as well as other court appearance scheduling conflicts with the June 24, 2024, trial week. Moreover, based upon the trial schedule of the undersigned, the July 2024 trial term is also already booked with a specially set matter in the Pensacola Division.

4. Accordingly, the government requests a trial continuance for approximately sixty (60) days to the August 2024 trial term. Based upon calendars conflicts, the parties coordinated and are requesting this be specially set for trial for either the week of August 19 or August 26, 2024. The trial is anticipated to last approximately three days.

5. The undersigned communicated with opposing counsel, Elizabeth Vallejo, prior to filing this motion. Defense counsel confirmed this motion is unopposed. Moreover, the defendant is on release and will therefore suffer no prejudice.

WHEREFORE, the United States respectfully requests that this Court enter an Order granting the instant motion.

Respectfully submitted,

JASON R. COODY
United States Attorney

*/s/ David L. Goldberg*
David L. Goldberg
Assistant United States Attorney
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, FL 32502-5675
Phone: (850)444-4000

*/s/ Khari A. James*
Assistant United States Attorney
Florida Bar No. 1003862
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
khari.james@usdoj.gov
(850) 942-8430

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and thus it will be served on counsel of record, on this the 30th day of May, 2024.

*/s/ David L. Goldberg*
DAVID L. GOLDBERG
Assistant United States Attorney