# Defense Exhibit A

# Defendant's Amended Positions on Government's Proposed Redactions

1. Page 3, Lines 32-34 – **Object**

2. Page 5, Lines 11-21 - **Agree**

3. Page 6, Lines 22-23 – **Object**

4. Page 10, Lines 1-8 – **Object**

5. Pages 13-14, Lines 33 – 30 – **Object**; Lines 32-33 - **Agree**

6. Pages 15 – 17

    Page 15, Lines 12-34 – **Agree**

    Page 16, Lines 1-3 – **Object**; Line 4: "once you accuse to be in medical" – **Agree**; Lines 4-7: starting at "is in medical everyday;" - **Object**; Lines 9-10 – **Agree** up until "I'm kinda going to that …"; Lines 10-11: **Object** to redaction of "that she don't like me because she don't really care for Himebaugh either." Remainder of Line 11 -12 – **Agree**; Lines 13-19 - **Object;** Lines 20-32 - **Agree**

    Page 17, Lines 1-7 – **Agree;** Lines 8-10 - **Agree** up until "No." **Object** to redacting: "I had my foot on his shoulder." **Agree** to Lines 11-18.

.