# United States District Court
## CRIMINAL MINUTES - TRIAL

Case No.: <u>5:24cr11-MW</u>                                       Date: <u>August 26-28, 2024</u>

PROCEEDINGS: Jury Voir Dire; Jury Selection; Jury Trial; Jury Verdict: Defendant found not guilty as to Counts 1 & 2 of the Indictment. Jury Polled; Judgment to follow.

PRESENT: **MARK E. WALKER, CHIEF U.S. DISTRICT JUDGE**

| <u>Victoria Milton McGee</u> | <u>Megan Hague</u> | <u>David Goldberg</u> |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

<u>Daniel Crecelius, FBI</u>
Case Agent

U.S.A v. (DEFENDANT LISTED BELOW)          ATTORNEY FOR DEFENDANT

<u>(1) DEAN PADGETT</u>                                          <u>Elizabeth Vallejo & Juan Rodriguez</u>
☒ present  ☐ custody  ☒ O/R                       ☒ present  ☒ apptd.  ☐ retained

See separate list for exhibits
- ☐ Case continued to
- ☐ Motion for Judgment of Acquittal  ☐ Granted  ☐ Denied
- ☒ Jury Retires to deliberate at <u>11:12 a.m.</u> on <u>8/28/2024</u>. Jury returns at <u>3:21 p.m.</u> on <u>8/28/2024</u>.
- ☐ Ordered Jury to be taken to _____; ☐ Be lodged for night.
- ☐ FINDINGS BY COURT
- ☒ JURY VERDICT.  See signed verdict as to defendant.
   ☒ Jury polled    ☐ Polling waived    ☐ Mistrial declared
- ☐ Continued to _____ for ☐ Setting ☐ Trial ☐ Further trial
- ☐ Referred to Probation Officer for I/R and continued to _____ for Sentencing
- ☐ Ordered defendant
   ☐ Be taken into custody    ☐ Remain in custody
   ☐ Remain on present Bond
- ☐ Probation report waived as to defendant

Initials of Deputy Clerk <u>VMM</u>

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

# TRIAL MINUTES

**CHIEF JUDGE MARK E. WALKER**
Victoria Milton McGee, courtroom deputy
Megan Hague, court reporter

Case:        5:24cr11-MW
Legend:    Govt - David Goldberg (Goldberg)
               Deft - Elizabeth Vallejo (Vallejo) & Juan Rodriguez (Rodriguez)

**Jury Trial – Day 1**
**DATE: August 26, 2024**

| Time | Event |
|---|---|
| 8:15 | Court in session<br>Attorney conference begins |
| 8:32 | Court in recess |
| 8:42 | Court in session<br>Attorney conference continues |
| 8:45 | Attorney conference ends<br>Court in recess |
| 9:25 | Court in session<br>Voir dire begins |
| 10:56 | Court in recess |
| 11:00 | Court in session<br>Voir dire continues |
| 11:24 | Voir dire ends |
| 11:25 | Court in recess |
| 11:32 | Court in session<br>Jury selection begins |
| 11:56 | Jurors in |
| 11:59 | Jury announced and remaining jurors dismissed with the thanks of the Court |
| 12:01 | Jury sworn<br>Court addresses Jury |
| 12:09 | Jury out<br>Court addresses parties |
| 12:12 | Rule invoked |
| 12:14 | Court in recess |
| 1:34 | Court in session<br>Court addresses the parties<br>    Court Exhibit 1 – marked, ID (Vallejo) |
| 1:36 | Court in recess |
| 1:39 | Court in session |
| 1:40 | Jury in<br>Court addresses jury |
| 1:41 | Jury given preliminary instructions |
| 2:00 | Opening statement by the Government (Goldberg) |

2:02   Opening statement by Defense (Vallejo)
        Court Exhibit 1
2:18   Jury out
       Court addresses parties
2:19   Court in recess

2:33   Court in session
2:34   Jury in
       Government witness: **Louis Cordova** – sworn, direct (Goldberg)
        Government Exhibits 1A-1D, 2, 3A-3E & 4A-4G – marked, ID, admitted
2:59   Sidebar
3:06   Direct examination continues (Goldberg)
        Government Exhibit 5 – marked, ID, admitted (as redacted)
3:10   Cross examination (Vallejo)
        Government Exhibits 1D, 4A & 3E (previously admitted)
3:21   Redirect (Goldberg)
3:22   Government witness: **Vilton Jean Baptist** – sworn, direct (Goldberg)
3:29   Cross examination (Rodriguez)
3:38   Redirect (Goldberg)
3:39   Jury out
       Court addresses parties
3:48   Court in recess

4:05   Court in session
4:06   Jury in
4:07   Government witness: **William Scott Payne** – sworn, direct (Goldberg)
4:12   Cross examination (Vallejo)
4:22   Redirect (Goldberg)
4:23   Government witness: **Rhonda Young** – sworn, direct (Goldberg)
        Government Exhibit 6 – marked, ID, admitted
4:32   Cross examination (Vallejo)
        Government Exhibit 6 (previously admitted)
4:37   Redirect (Goldberg)
4:38   Government witness: **Tanya Cater** – sworn, direct (Goldberg)
        Government Exhibits 1D, 3A & 3B (previously admitted)
4:52   Cross examination (Vallejo)
        Government Exhibits 3A & 3B (previously admitted)
5:11   Sidebar
       Redirect (Goldberg)
5:12   Sidebar
5:13   Redirect (Goldberg)
        Government Exhibits 3B & 3E (previously admitted)
5:18   Jury out
       Court addresses parties
5:23   Parties discuss witnesses and schedule
5:24   Parties discuss jury instructions
5:30   Court in recess


**Jury Trial – Day 2**
**DATE: August 27, 2024**

8:17   Court in session
       Parties discuss witnesses and redacted indictment
8:21   Court in recess

| Time | Event |
|---|---|
| 8:31 | Court in session |
| 8:33 | Jury in |
| 8:34 | Government witness: **Ricky Mazingo** – sworn, direct (Goldberg) |
| 8:51 | Sidebar |
| 8:53 | Court addresses jury |
| 8:54 | Cross examination (Rodriguez) |
| | Government Exhibits 2, 3A, 3B & 3E (previously admitted) |
| 9:17 | Redirect (Goldberg) |
| | Government Exhibits 3E & 2 (previously admitted) |
| 9:19 | Government witness: **Marsha West** – sworn, direct (Goldberg) |
| | Government Exhibits 1D & 3E (previously admitted) |
| 9:34 | Cross examination (Vallejo) |
| | Government Exhibit 3E (previously admitted) |
| 9:51 | Redirect (Goldberg) |
| | Government Exhibit 8 – marked, ID, admitted |
| 9:58 | Sidebar |
| 9:59 | Court addresses jury |
| 10:00 | Re-cross examination (Vallejo) |
| | Government Exhibit 8 (previously admitted) |
| 10:02 | Second redirect (Goldberg) |
| | Government Exhibit 8 (previously admitted) |
| 10:04 | Jury out |
| 10:05 | Court in recess |
| 10:19 | Court in session |
| 10:23 | Jury in |
| 10:24 | Government witness: **Terri Knowles** – sworn, direct (Goldberg) |
| 10:33 | Cross examination (Vallejo) |
| 10:40 | Redirect (Goldberg) |
| 10:41 | Government witness: **Daniel Crecelius** – sworn, direct (Goldberg) |
| 10:47 | Sidebar |
| 10:54 | Court addresses jury |
| 10:55 | Jury out |
| 10:56 | Court in recess |
| 11:16 | Court in session |
| | Court addresses parties |
| 11:27 | Parties discuss schedule |
| 11:31 | Jury in |
| | Court addresses jury |
| 11:32 | Jury out |
| 11:33 | Court addresses parties |
| 11:35 | Court in recess |
| 12:47 | Court in session |
| 12:48 | Jury in |
| 12:49 | Court addresses jury |
| 12:50 | Court instructs jury |
| 12:52 | Direct examination continues (Goldberg) |
| | Government Exhibits 7A-7D - marked, ID, admitted |
| 1:24 | Cross examination (Vallejo) |
| 1:26 | Redirect (Goldberg) |
| | Government rests (Goldberg) |
| 1:27 | Jury out |
| | Court addresses parties |
| 1:28 | Parties discuss witnesses |
| 1:29 | Court in recess |

| Time | Event |
|---|---|
| 1:42 | Court in session |
| 1:43 | Jury in |
| | Court addresses jury |
| 1:44 | Defense witness: **Kassandra Perez** – sworn, direct (Vallejo) |
| | Defendant's Exhibits 1A-1Z & 2 – marked, ID, admitted |
| 2:04 | Cross examination (Goldberg) |
| | Defendant's Exhibit 1Z (previously admitted) |
| 2:05 | Defense witness: **Jeffrey Himebaugh** – sworn, direct (Vallejo) |
| | Defendant's Exhibits 1Y, 1A & 1B (previously admitted) |
| 2:16 | Cross examination (Goldberg) |
| | Defendant's Exhibits 1B, 1Z & 1A (previously admitted) |
| 2:23 | Redirect (Vallejo) |
| 2:26 | Defense witness: **William Johnson** – sworn, direct (Vallejo) |
| | Defendant's Exhibits 1A & 1B (previously admitted) |
| 2:39 | Cross examination (Goldberg) |
| 2:42 | Redirect (Vallejo) |
| 2:46 | Defense witness: **Derrick Wester** – sworn, direct (Vallejo) |
| 2:54 | Cross examination (Goldberg) |
| 3:00 | Redirect (Vallejo) |
| 3:04 | Jury out |
| 3:05 | Parties discuss witnesses and schedule |
| 3:07 | Court in recess |
| | |
| 3:19 | Court in session |
| 3:21 | Jury in |
| 3:22 | Defense witness: **Brittany Brown** – sworn, direct (Vallejo) |
| 3:29 | Cross examination (Goldberg) |
| 3:30 | Sidebar |
| 3:31 | Court addresses jury |
| 3:35 | Jury out |
| 3:36 | Defendant sworn |
| | Court addresses Defendant re: testifying |
| 3:48 | Defendant informs Court he intends to testify (Padgett) |
| 3:49 | Court in recess |
| | |
| 4:02 | Court in session |
| | Charging conference begins |
| 4:33 | Court in recess |
| | |
| 4:55 | Court in session |
| | Charging conference continues |
| 5:13 | Court in recess |
| | |
| 5:30 | Court in session |
| | Charging conference continues |
| 5:36 | Charging conference ends |
| | Court in recess |

**Jury Trial – Day 3**
**DATE: August 28, 2024**

| Time | Event |
|---|---|
| 8:15 | Court in session |
| | Parties discuss housekeeping matters and schedule |
| 8:17 | Court in recess |

| Time | Event |
|---|---|
| 8:36 | Court in session |
| 8:38 | Jury in |
| | Defense witness: **Dean Padgett** – sworn, direct (Vallejo) |
| 8:47 | Sidebar |
| 8:49 | Direct examination continues (Vallejo) |
| |     Defendant's Exhibit 1A (previously admitted) |
| |     Government Exhibit 4G (previously admitted) |
| |     Defendant's Exhibit 3 – marked, ID, admitted |
| 9:02 | Cross examination (Goldberg) |
| |     Government Exhibits 7D & 4F (previously admitted) |
| 9:11 | Redirect (Vallejo) |
| 9:12 | Defense rests (Vallejo) |
| | Government rests (Goldberg) |
| 9:14 | Jury out |
| | Parties discuss housekeeping matters |
| 9:21 | Court in recess |
| | |
| 9:39 | Court in session |
| 9:40 | Defendant's Exhibit 4 – marked, ID, admitted (Vallejo) |
| 9:44 | Jury in |
| 9:45 | Court reads jury instructions |
| 10:04 | Closing argument by Government (Goldberg) |
| |     Government Exhibits 1C & 4E (previously admitted) |
| 10:13 | Closing argument by Defense (Vallejo) |
| |     Government Exhibits 4E & 4F (previously admitted) |
| |     Defendant's Exhibits 1A, 4 & 1D (previously admitted) |
| 10:51 | Sidebar |
| 10:53 | Rebuttal (Goldberg) |
| |     Defendant's Exhibit 1H (previously admitted) |
| 11:09 | Court addresses jury |
| 11:11 | Court dismisses alternate juror |
| 11:12 | Jury retires to deliberate |
| 11:14 | Defense motion for mistrial (Vallejo) |
| 11:15 | Government responds (Goldberg) |
| 11:16 | Court denies motion |
| 11:17 | Court in recess |
| | |
| 11:20 | Court in session |
| | Parties review exhibits |
| 11:23 | Clerk delivers exhibits to jury |
| | Court addresses parties |
| 11:26 | Court in recess |
| | |
| 3:20 | Court in session |
| 3:21 | Jury in |
| 3:22 | Jury verdict: Defendant not guilty as to Counts 1 & 2. |
| 3:25 | Jury excused |
| | Court in recess |
| | |
| 3:40 | Court in session |
| | Court addresses parties. Judgment to follow. |
| 3:44 | Court adjourned |