# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA  **EXHIBIT LIST**

v.

DEAN PADGETT  Case Number: 5:24cr11-MW

| PRESIDING JUDGE<br>MARK E. WALKER | | | GOVERNMENT'S ATTORNEY<br>David Goldberg | | DEFENDANT'S ATTORNEY<br>Elizabeth Vallejo & Juan Rodriguez |
|---|---|---|---|---|---|
| HEARING DATE (S)<br>8/26/2024 - 8/28/2024 | | | COURT REPORTER<br>Megan Hague | | COURTROOM DEPUTY<br>Victoria Milton McGee |
| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|  |  | 8/26/2024 | ☒ | ☐ | Court Exhibit 1: Hard copy of defendant's opening statement PowerPoint |
| 1A-1D |  | 8/26/2024 | ☒ | ☒ | Diagrams of Gulf Correctional Institution |
| 2 |  | 8/26/2024 | ☒ | ☒ | Security video footage of Gulf Correctional Institution [flash drive] |
| 3A-3E |  | 8/26/2024 | ☒ | ☒ | Photographs of medical triage at Gulf Correctional Institution |
| 4A-4G |  | 8/26/2024 | ☒ | ☒ | Photographs of victim and defendant post incident |
| 5 |  | 8/26/2024 | ☒ | ☒ | Certified medical records of victim post incident [redacted] |
| 6 |  | 8/26/2024 | ☒ | ☒ | Mental health emergency logs |
| 8 |  | 8/27/2024 | ☒ | ☒ | Security video footage of medical hallway [flash drive] |
| 7A |  | 8/27/2024 | ☒ | ☒ | Garrity rights assurance form |
| 7B |  | 8/27/2024 | ☒ | ☒ | Miranda rights waiver form |
| 7C |  | 8/27/2024 | ☒ | ☒ | Audio of defendant's statement to law enforcement [flash drive] |
| 7D |  | 8/27/2024 | ☒ | ☒ | Transcript of defendant's statement to law enforcement |
|  | 1A-1Z | 8/27/2024 | ☒ | ☒ | Perez photographs of medical triage at Gulf Correctional Institution |
|  | 2 | 8/27/2024 | ☒ | ☒ | Perez video of medical triage at Gulf Correctional Institution [flash drive] |
|  | 3 | 8/28/2024 | ☒ | ☒ | Video of medical triage room [flash drive] |
|  | 4 | 8/28/2024 | ☒ | ☒ | Complete video of Government Exhibit 8 [flash drive] |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |
|  |  |  | ☐ | ☐ |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages