Did you ever strike the inmate at all that day?

No, sir.



When he was down in his cell, was there any like harsh words? Did you threaten him?

No, sir.

At any time between his cell and medical, did you strike, hit him, push him, bump him into the walls, any of that kind of stuff?

No, sir.

You didn't shove or push him?

No, sir.

Did you ever put your boot on his neck?

I put my boot on his shoulder. I never put it on his neck.

So, you never choked him or put any pressure on his neck, or anything like that with a boot?

No, sir.

Did you ever strike him with your fist?

No, sir.

Did you kick him?  Elbow strike?  Any kind of strike at all?

No, sir.

Would you have determined anything you did as a use of force itself?

No, sir.

You didn't gas anybody?

No, sir.

I never hit the inmate.  I never put my foot on the inmate's neck.