

FLOOR PLAN

1/8" = 1'-0"

GOVERNMENT EXHIBIT

1A



GOVERNMENT
EXHIBIT

1 B

5: 24cr/1-MW



This is an architectural floor plan. Visible room labels and annotations include:

PHARMACY 134

MEDICAL ISSUE 138

CENTRAL WAITING 139

TOILET NO.5 143

CHARTING ROOM 135

SICK CALL 137

SECRETARY, TYPIST & HYGENIST 146

AUTO-CLAVE 147

OPERATORY NO.1 149

OPERATORY NO.3 155

DENTIST 156

DENTIST 158

MECH. ROOM 162

CORRIDOR NO.2 145

X-RAY 148

OPERATORY NO.2 150

OPERATORY NO.4 154

CORRIDOR NO.3 159

REHAB. THERAPIST 163

STORAGE 144

DENTAL LAB 157

REHAB. THERAPIST 164

CORRIDOR NO.6 151

MEANS OF EGRESS

TOILET NO.6 160

JAN. 142

NURSES ADMINISTRATOR 136

RECORD CLERK & HEALTH RECORDS 140

PSYCHOLOGICAL SPECIALIST 141

PSYCHOLOGICAL SPECIALIST 152

PSYCHOLOGIST 153

TOILET NO.7 161

SECRETARY & TYPIST

CLASSIFICATION OFFICER 166

GROUP THERAPY 167

2 HR. FIRE-RATED WALL, SEE SH. A-3

CORR. VEST 184

AL. T.H. 141

EWC

BUILDING NOTES:

1. Occupant Load:
   Zone 1 = 30 Maximum
   Zone 2 = 22 Maximum
   Zone 3 = 8 Maximum
   Zone 4 = 27 Maximum

2. Gross Area:
   Zone 1 = 1360 SF
   Zone 2 = 3430 SF

GOVERNMENT EXHIBIT

1c

5:24cr11-MW

LARDELLS 800-783-0389



# ELEVATION A

SEE SH. A-1 FOR PORTICO DIMENSIONS

168'-8"

2'-8" 3'-4" 2'-0" 3'-0" 4'-0" 3'-0" 2'-0" 3'-4" 3'-4"  18'-10"  3'-4"  9'-0"

3'-4"  28'-0"

SECURE STORAGE
**133**

AL. T.H.

MECH. ROOM
**127**

REFR.

PHARMACY
**134**

**130**

10'-2"  8"  5'-10"  16'-2"  11'-0"

E

MEDICAL ISSUE
**138**

**139**

6'-0"

**140**

**138**

CENTRAL WAITING
**139**

**141**

AL. T.H.

SECRETARY, TYPIST & HYGENIST
**146**

14'-0"

AUTO-CLAVE
**147**

5'-8"

OPERATORY NO.1
**149**

9'-4"

TOILET NO.5
**143**

**142**

3'-4"

CORRIDOR NO.2
**145**

**145**

**147**

X-RAY
**148**

**148**

OPERATORY NO.2
**150**

10'-4"

EWC

**146**

STORAGE
**144**

8'-8"

4'-8"

TREATMENT NO.2
**128**

TREATMENT NO.3
**132**

CHARTING ROOM
**135**

SICK CALL.
**137**

15'-8"

15'-4"

DEVELOPER
9'-4"

9'-4"

9'-6"

10'-0"

4'-8"

**131**

**135**

**136**

**131**

**143**

1
A-8

**144**

**151**

JAN.
**142**

**151**

CORRIDOR NO.6
**151**

MEANS

LOCKERS

CORRIDOR NO.5
**129**  MEANS OF EGRESS

6'-0"

**137**

**133**

**134**

NURSES ADMINISTRATOR
**136**

E

RECORD CLERK & HEALTH RECORDS
**140**

E

**149**

PSYCHOLOGICAL SPECIALIST
**141**

**150**

PSYCHOLOGICAL SPECIALIST
**152**

**152**

PHYSICIAN
**130**

PHYSICIAN
**131**

11'-4"

11'-4"

11'-4"

30'-8"

11'-4"

A

A

A

3'-4"

GOVERNMENT EXHIBIT
1-D



GOVERNMENT
EXHIBIT
3A
5:24cc11-MW



GOVERNMENT
EXHIBIT

3B

5:24cr21-MW



GOVERNMENT
EXHIBIT

3c

5:24cr11-MW



GOVERNMENT
EXHIBIT

3D



GOVERNMENT
EXHIBIT

3E



GOVERNMENT
EXHIBIT

4A

15:24cr11-MW



CANDELS 800-763-0399

GOVERNMENT
EXHIBIT

4B
5:24cr16 MW



GOVERNMENT
EXHIBIT

4 c
5:29crll—MW



GOVERNMENT
EXHIBIT

4D

5:24cr11-MW



GOVERNMENT
EXHIBIT

4E

5:24cr11-MN



GOVERNMENT
EXHIBIT

4 F



GOVERNMENT
EXHIBIT

4 G

5:24cr1-MW

# CERTIFICATE OF AUTHENTICITY
## OF BUSINESS RECORDS

Pursuant to Rule 803(6) and 902, Federal Rules of Criminal Procedure

I, _ROBERTA BELLE MCCULLEY_ , the undersigned, declare, verify and state under penalties of perjury under the laws of the United States of America, that:

1.     I am employed by or associated with _CENTURION_ in the position of _MEDICAL RECORDS SUPERVISOR_ , and as such I am a custodian of the records which are the subject of this declaration.

2.     By reason of my position I am authorized and qualified to make this declaration.

3.     The documents are originals or true copies of Anthony Touchton's medical records which:

      a. were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

      b. were kept in the course of the regularly conducted activity; and

      c. were made by the regularly conducted activity as a regular practice.

Date of Execution: _7/15/2024_

Place of Execution: _GULF CI MEDICAL DEPARTMENT_

Signature: _Belle McCulley_



GOVERNMENT EXHIBIT

5

CARDELL 800-783-0199

3:24cr 11-MW

TB109-GULF C.I.
500 Ike Steele Rd.   Wewahitchka, FL 32465
8506391000  Fax: 8506391605

October 3, 2023
Page 1
Diagram of Injury

**ANTHONY W TOUCHTON**
Y43861
Race/Sex: White / Male
DOB: 07/26/1993
109-GULF C.I.

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
### DIAGRAM OF INJURY



Date of occurrence _____ 10/3/23 _____  Time of occurrence __ 12N __ (EST)
Date injury assessed by medical ___ 12/3/23 ___  Time injury assessed by medical 1210 (EST)

☐ No injury identified

Description of injury:
_7-8 mm lac below lateral aspect of ® eyebrow_
_mild bruising below eyes_

Staff Signature _____  K. MACHUCA RN
GULF CI/ANNEX/GFC

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden
DC4-708 (Revised 10/07)

P. Jansen, MSN, FNP-BC
Nurse/Practitioner
Gulf CI Main/Annex/Forestry Camp

TB135-SANTA ROSA ANNEX
5850 East Milton Rd. Milton, FL 32583
8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
Y43861
Race/Sex: White / Male
DOB: 07/26/1993
135-SANTA ROSA ANNEX

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
### DIAGRAM OF INJURY



Date of occurrence 10/3/23          Time of occurrence 0945-1030
Date injury assessed by medical 10/3/23     Time injury assessed by medical 0740 1940

☐ No injury identified

Description of injury:

Pt claims he was attacked by captain at Gulf CI approximately 0945-1030. Multiple bruises noted on body. Laceration above left eye 2cm x 0.5cm. Both eyes bruised, both knees scraped. Two red scratches noted on back of head R lateral side. — Bruise to L index finger. Red bruising to left lateral upper torso. Red bruising noted to left shoulder blade.

M Wilson, RN
Staff Signature        Melissa Wilson, RN
                       SARAX - Centurion

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution: White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden
DC4-708 (Revised 10/07)

TB135-SANTA ROSA ANNEX
5850 East Milton Rd.  Milton, FL 32583
8509817602  Fax: 8509817655

*October 4, 2023*
*Page 6*
*FL Nurse Visits*

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: 07/26/1993
Facility: 135-SANTA ROSA ANNEX

FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: <u>Inmate, Injury</u>**
( )Inmate  ( )Employee  ( )Visitor  ( )Post-Use-of-Force Exam  ( )Injury  ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.  This includes a visual inspection of the entire body to identify any sign of injury.  This exam shall be performed in the medical unit except under unusual circumstance.  Injuries shall be documented on the DC4-708, Diagram of Injury.  If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

**Time of occurrence: <u>1030</u>**
**Time of exam: <u>7:59 PM</u>**
**Description of occurrence:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Post Use of Chemical Agent Instructions:**
**Shower without soap? <u>N/A</u>**
( )N/A  ( )Yes  ( )Refused
<u>N/A</u>
( )Report any difficulty breathing ( )Remain in upright position ( )Do Not apply lotion to skin ( )Splash cool water to eyes 5-10 minutes  ( )N/A

**Temp: <u>97.9</u>**F
**Pulse: <u>65</u>**
**Resp: <u>18</u>**
**BP: <u>121</u>/ <u>87</u>**
**O2 sat:  <u>96</u>**%

**Arrived via: <u>Ambulatory</u>**
( )Ambulatory  ( )Stretcher  ( )Wheelchair  ( )Other
**Other: <u>N/A</u>**

**Condition on arrival (check all that apply): <u>Alert, Oriented x 4 (person-place- time-situation),</u>**
**<u>Responding to questions verbally, C/O pain?</u>**
( )Alert  ( )Oriented x 4 (person-place- time-situation)  ( )Responding to questions verbally  ( )Other (requires description in examination summary)  ( )C/O pain?
**If C/O pain checked, please indicate where: <u>Generalized body pain from being kicked. Eyes,</u>**
**<u>hands, legs and knees</u>**

**Examination summary: <u>Head to toe examination was perfomed. Multiple bruises were noted on</u>**
**<u>body. Both eyes have red bruises and 2cm x 0.5 cm laceration noted above left eye. Both knees</u>**
**<u>scraped. Two red scratches noted on back of head on right lateral side. Left index finger has</u>**
**<u>bruise. Red bruising to left later upper torso and red brusing noted to left shoulder blade.</u>**

**Physician notified? <u>Yes</u>**

TB135-SANTA ROSA ANNEX
5850 East Milton Rd.  Milton, FL 32583
8509817602  Fax: 8509817655

October 4, 2023
Page 6
FL Nurse Visits

ANTHONY W TOUCHTON
DC#: Y43861
Race/Sex: White / Male
DOB: 07/26/1993
Facility: 135-SANTA ROSA ANNEX

FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: _Inmate, Injury_**
( )Inmate  ( )Employee  ( )Visitor  ( )Post-Use-of-Force Exam  ( )Injury  ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.  This includes a visual inspection of the entire body to identify any sign of injury.  This exam shall be performed in the medical unit except under unusual circumstance.  Injuries shall be documented on the DC4-708, Diagram of Injury.  If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

**Time of occurrence:** _1030_
**Time of exam:** _7:59 PM_
**Description of occurrence:** _pt claims he was attacked by captain at Gulf CI this morning approximately 0945 -1030. pt states he doesn't know why he was attacked other than he was talking too much and the captain didn't like it._

**Post Use of Chemical Agent Instructions:**
**Shower without soap? _N/A_**
( )N/A  ( )Yes  ( )Refused
**_N/A_**
()Report any difficulty breathing ()Remain in upright position ()Do Not apply lotion to skin ()Splash cool water to eyes 5-10 minutes  ( )N/A

**Temp:** _97.9_F
**Pulse:** _65_
**Resp:** _18_
**BP:** _121/ 87_
**O2 sat:** _96_%

**Arrived via: _Ambulatory_**
( )Ambulatory  ( )Stretcher  ( )Wheelchair  ( )Other
**Other: _N/A_**

**Condition on arrival (check all that apply): _Alert, Oriented x 4 (person-place- time-situation), Responding to questions verbally, C/O pain?_**
( )Alert  ( )Oriented x 4 (person- place- time-situation)  ( )Responding to questions verbally  ( )Other (requires description in examination summary)  ( )C/O pain?
**If C/O pain checked, please indicate where: _Generalized body pain from being kicked. Eyes, hands, legs and knees_**

**Examination summary: _Head to toe examination was perfomed. Multiple bruises were noted on body. Both eyes have red bruises and 2cm x 0.5 cm laceration noted above left eye. Both knees scraped. Two red scratches noted on back of head on right lateral side. Left index finger has bruise. Red bruising to left later upper torso and red brusing noted to left shoulder blade._**

**Physician notified? _Yes_**

TB135-SANTA ROSA ANNEX
5850 East Milton Rd.   Milton, FL 32583
8509817602  Fax: 8509817655

*October 4, 2023*
*Page 7*
*FL Nurse Visits*

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: 07/26/1993
Facility: 135-SANTA ROSA ANNEX

( )No  ( )Yes
**Name: Melvin**
**Time: 1900**

**Treatment provided? Yes**
( )No  ( )Yes
**If Yes, please describe:** Left eye laceration cleaned with Dermal Wound Cleaner. Sterile steri strip was applied to laceration.
**Response to Treatment pt tolerated treatment well.**

**Disposition: Confinement**
( )Population(dorm) ( )Confinement  ( )Infirmary  ( )Hospital ER  ( )IMR  ( )Other
**if Other, please explain: N/A**

**Discharge Instructions and Education: Instructed pt to keep laceration area clean. Use cold compress to help with swelling. Take Ibuprofen for pain and inflammation.**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)   Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

TB135-SANTA ROSA ANNEX
5850 East Milton Rd.   Milton, FL 32583
8509817602  Fax: 8509817655

*October 4, 2023*
Page  8
FL Nurse Visits

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: 07/26/1993
Facility: 135-SANTA ROSA ANNEX

FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**ABRASION/LACERATION PROTOCOL**
NOTE:  ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN
OR CLINICIAN.

## SUBJECTIVE: Age:
30 Years Old

**Chief Complaint:** Inmate attack from officer from another camp.
**Mechanism of Injury (MOI):** Fists and feet
**Date and Time of Injury:** 10/03/2023
**Pain Level:** 5/10

## OBJECTIVE:
**Temp:**  97.9 F **Pulse:** 65 **Resp:** 18 **BP:** 121 / 87 **O2 sat:** 96 % **Weight (lbs):** 143

**Signs of Shock:**
N/A
**Location of injury:** Eyes, head, knees, back, left index finger
**Description of Injury:** Multiple bruises were noted on body. Both eyes have red bruises and 2cm x 0.5
cm laceration noted above left eye. Both knees scraped. Two red scratches noted on back of head on
right lateral side. Left index finger has bruise. Red bruising to left later upper torso and red brusing noted
to left shoulder blade.
**Approximate size of abraison or laceration: Length:** 2 **Width:** 0.5 **Depth:** 0.2
**Embedded foreign material in wound?** No
**Bleeding at this time:** Oozing/Minimal

**Neurovascular checks:**
Distal pulse of affected extremity: Bounding
**Capillary refill 2 seconds or less:** Yes
**Numbness or tingling in affected extremity:**  No
**ROM of affected extremity:**  Full ROM
**Laceration greater than 24 hours old with signs & symptoms of infection:**  No
Increasing redness/swelling or pain at site
**Discharge:** Serosanguineous

## FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION:
N/A

## PLAN:
N/A
Bacitracin ointment as directed to abrasion
Wound cleaned with: Dermal Wound Cleanser
Wound dressed

**Medications Added per Protocol:**

TB135-SANTA ROSA ANNEX
5850 East Milton Rd.  Milton, FL 32583
8509817602  Fax: 8509817655

*October  4, 2023*
Page  9
FL Nurse Visits

ANTHONY W TOUCHTON
DC#: Y43861
Race/Sex: White / Male
DOB: 07/26/1993
Facility: 135-SANTA ROSA ANNEX

BACITRACIN 500 UNIT/GM PACK (BACITRACIN ZINC) AAA TID; Route: EXTERNAL

**Orders Added per Protocol:**
Added new Test order of Health Review- Transfer (Provider) (HR) - Signed
Added new Test order of Staff Request/Referral (NURREQREF) - Signed
Added new Test order of Provider Follow up (FU) - Signed

## EDUCATION:
Inmate instructed on wound care
Inmate instructed to watch for signs of infection: increase in redness, swelling, pain, and/or purulent discharge at wound site.
Acetaminophen 325 mg 2 tablets by mouth every 4-6 hours as needed for pain.
Inmate instructed to return to Medical if symptoms get worse or any new symptoms develop.

DC4-683V Abrasion/Laceration Protocol  (Revised 10/10/19)
This form is not to be amended, revised, or altered without           approval of the Office of Health
Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Vaccines Administered/Entered:**
Vaccination Group: Tdap
Series: 2 NOT GIVEN
Vaccination: Adacel Intramuscular Suspension 5-2-15.5 LF-MCG/0.5
Reason Not Given: Patient decision
Entered Date: 10/3/2023 12:00 AM
Entered by: Wilson, RN, Registered Nurse, Centurion, Melissa A

FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
PRE-SPECIAL HOUSING HEALTH EVALUATION

**Post Use of Force?** No
**if yes, was DC4-701C completed?** No

M:1  S:1  W:1  T:1  I:Vision:_  I:Hear:_  I:Physical:_  SD:N

**Is inmate demonstrating strange/bizarre behavior or thinking about/threatening/engaging in self-harmful behavior?** No
**Current Medical Complaint?** No
**Temp:** 97.9 F
**Pulse:** 65  **Resp:** 18  **BP:** 121 / 87  **O2 sat:** 96  **Weight (lbs):**  143

**Infirmities or impairment?** No  **Does inmate have assistive devices that will remain with her/him?**
No

TB135-SANTA ROSA ANNEX
5850 East Milton Rd.  Milton, FL 32583
8509817602  Fax: 8509817655

*October 4, 2023*
*Page 10*
*FL Nurse Visits*

ANTHONY W TOUCHTON
DC#: Y43861
Race/Sex: White / Male
DOB: 07/26/1993
Facility: 135-SANTA ROSA ANNEX

**Renewal/ Refill Needed?** No
*Chart referred for renewal or refill ordered.

**Arrangements for Medication Administration:** N/A

**Inmate medication delivered to health care staff?** No

**Are there any apparent acute medical/mental health reasons, including any thoughts, threats or gestures of self-injurious behavior, that preclude placement in special housing?( If yes, refer inmate to clinic)** No

**Health Record Reviewed?** Yes
**Inmate educated on how to access medical, dental and mental health care?** Yes

**Completed DC4-529 Mental Health Referral for S2/S3?** Yes
**Completed DC4-650B Risk Assessment?** Yes DC4-769 Pre-Special Housing Health Evaluation
(Revised 02/23/18)
This form is not to be amended, revised, or altered without       approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**INMATE HEALTH EDUCATION**

**Institution:**
135-SANTA ROSA ANNEX **Date:** 10/03/2023

**Reception health services orientation provided in Accordance with Procedure 403.008 Inmate Health Services Orientation and Education.**

**Hygiene**

DC4-773 Inmate Health Education (Revised 7/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Electronically signed by Melissa A Wilson, RN, Registered Nurse, Centurion on 10/03/2023 at 8:52 PM**

TB135-SANTA ROSA ANNEX
5850 East Milton Rd.   Milton, FL 32583
8509817602  Fax: 8509817655

October 4, 2023
Page 11
FL Nurse Visits

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: 07/26/1993
Facility: 135-SANTA ROSA ANNEX

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

10/16/2023

650B;:Mental Health; IST
Date of Service: 10/3/2023

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**RISK ASSESSMENT FOR THE USE OF CHEMICAL RESTRAINT AGENTS AND ELECTRONIC IMMOBILIZATION DEVICES**

**DC4-650B Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices must be completed    when a pre-confinement health assessment is conducted.**

DC4-650B will be reviewed at the time of all practitioner health care encounters. If any changes in an inmate's medical condition are identified (e.g, new diagnosis) that would affect the use of chemical restraint agents or electronic immobilization devices, a new DC4-650B must be completed and provided to security staff, replacing the previous DC4-650B.

---

## Chemical Restraint Agents Assessment:

**No Known Medical Risk Factor(s)\***: has been identified at the time of this pre-confinement health assessment, based on a review of the    medical record and current health status that may be exacerbated by the use of chemical restraint agents.

**\*Medical Risk Factor(s)**    are conditions that may be exacerbated by the use of chemical restraint agents include, but are not limited to, the    following: asthma, chronic obstructive pulmonary disease, emphysema, congestive heart failure, angina, pregnancy, and unstable hypertension. (Inmate is considered stable if B/P has been <140/90 at last cardiovascular clinic visit.)

---

### Electronic Immobilization Device (EID) Assessment:

**No Known Medical Risk Factor(s)\*** has been identified at the time of this pre-confinement health assessment, based on a review of the medical record that may be exacerbated by the use of electronic immobilization devices.

**\*Medical Risk Factor(s)\***  are conditions that may be exacerbated by the use of electronic immobilization devices include, but are not limited to,    the following: seizure disorder, multiple sclerosis, muscular dystrophy, pacemaker, and pregnancy.

---

DC4-650B- Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices (Revised 10/20)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX
Incorporated by Reference in Rule 33-602.210, F.A.C.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

650B;;Mental Health; IST
Date of Service: 10/3/2023

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

Directions: Sender (referring/requesting staff) completes section I and signs.    Addressee (responding staff) completes section II and signs.

**SECTION I**
**Addressee's Area/Service:** Mental Health

135-SANTA ROSA ANNEX Correctional Institution.

**Mental Health Referral**
**Clinical Date and Time:** 10/03/2023 7:40 PM
**TO: Addressee's Name** Blocker
**Senders Name:** Melissa A Wilson, RN, Registered Nurse, Centurion **Sender's Area/Service** Mental Health
Inmate Housing:
CM
**Request/Referral Type:** Urgent or Emergent: respond immediately
**Reason for Request/Referral**
**Inmate History includes following factors/events of concern:** N/A
**Inmate currently displays following behaviors of concern:** N/A
**Other:** N/A

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Orders added during this encounter:**

Health Review- Transfer (Provider); Start Date: 10/04/2023
Staff Request/Referral; Start Date: 10/03/2023
Provider Follow up; Start Date: 10/03/2023

**Medications added during this encounter:**
BACITRACIN 500 UNIT/GM PACK  •  AAA TID

Transfers:

5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

650B;:Mental Health; IST
Date of Service: 10/3/2023

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX

## Orders added during this encounter:
Provider Follow up; Start Date: 10/03/2023
Staff Request/Referral; Start Date: 10/03/2023
Health Review- Transfer (Provider); Start Date: 10/04/2023

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

**Receiving facility MUST complete all starred items.**   Completion of the below
information is not applicable for inmates transferring to a community facility: e.g work release center

Document Name of Transit or Permanent Facility:
Permanent Facility   **Facility Name: 135-SANTA ROSA ANNEX**
10/03/2023 7:40 PM
Vital Signs: Any Vital Signs out of normal range requires referral:

**Temp:** 97.9
**Pulse:** 65  **Resp:** 18  **BP:** 121 / 87  **O2 sat:** 96
**Current Weight (lbs):** 143
**Oriented to:** Person, Place, Time
**Current behavior: * requires referral:** Cooperative

 1. Health Services Inmate Orientation Handbook received?   Permanent Facility Only: Yes
*2. Oriented to access of care: Sick call-Emergency-Pill line-Mental Health- Dental and Medications
pick up? Yes
*3. Is Inmate currently receiving medications?   No
Single dose medication? N (01/09/2023 11:00:00 AM)
*4. Does the inmate have medications with them? If NO, referral required: N/A
*5. Is the Inmate currenlty receiving healthcare? No
*6. Is the Inmate presently thinking of committing suicide? No
*7. Does Inmate have a history of substance abuse treatment? Permanent Facility Only: No
*8. Does Inmate have a history of self-injurious behavior? No
*9. Does inmate have a history of inpatient and/or outpatient psychiatric tx? No
 10. Does the inmate feel that s/he is susceptible to being victimized by an act of sexual abuse or
assault?   No
 11. Does the inmate acknowledge or exhibit any tendencies to act out sexually aggressive
behavior? No
*12. Does the inmate have a current medical, dental, or MH complaint No
*13. Deformities-evidence of abuse-trauma-disabilities or other physical limitations? No
*14. Signs or symptoms of skin infection? No
*15. Referrals needed for: Mental Hlth

5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX
*16. Any change in medication list? No
*17. Prescription renewal needed for current prescribed No
*18. Single dose MAR? NA
*19. Current Medical-Dental or Mental Health complaint? No
*20. Are there any job or housing restrictions? No
*21. Does Inmate require any Passes? No
*22. Does Inmate have Consults pending? No
*23. Does Inmate have any overdue appointments? No
*24. Does Inmate need impaired Inmate Assistant? No
*25. Disposition: Confinement
*26. Has the Inmate been screened for Hepatits C? Permanent Facility Only: Yes


**Medications Added:**
BACITRACIN 500 UNIT/GM PACK (BACITRACIN ZINC) AAA TID, Route: EXTERNAL

**Orders Added:**
Added new Test order of Health Review- Transfer (Provider) (HR) - Signed
Added new Test order of Staff Request/Referral (NURREQREF) - Signed
Added new Test order of Provider Follow up (FU) - Signed

Transfer sending info reviewedTransfer receiving summary reviewed
DC4-760A Health Information Transfer/Arrival Summary (Revised 06/05/19)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

650B;:Mental Health; IST
Date of Service: 10/3/2023

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

Check all that apply: <u>Inmate, Injury</u>
( )Inmate    ( )Employee    ( )Visitor    ( )Post-Use-of-Force Exam    ( )Injury    ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.    This includes a visual inspection of the entire body to identify any sign of injury.    This exam shall be performed in the medical unit except under unusual circumstance.    Injuries shall be documented on the DC4-708, Diagram of Injury.    If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

Time of occurrence: <u>1030</u>
Time of exam: <u>7:59 PM</u>
Description of occurrence:  <u>pt claims he was attacked by captain at Gulf CI this morning approximately 0945 -1030. pt states he doesn't know why he was attacked other than he was talking too much and the captain didn't like it.</u>

**Post Use of Chemical Agent Instructions:**
Shower without soap? <u>N/A</u>
( )N/A    ( )Yes    ( )Refused
<u>N/A</u>
( )Report any difficulty breathing ( )Remain in upright position ( )Do Not apply lotion to skin ( )Splash cool water to eyes 5-10 minutes    ( )N/A

Temp:  <u>97.9</u>F
Pulse:  <u>65</u>
Resp:   <u>18</u>
BP:    <u>121</u>/ <u>87</u>
O2 sat:   <u>96</u>%

Arrived via: <u>Ambulatory</u>
( )Ambulatory    ( )Stretcher    ( )Wheelchair    ( )Other
Other: <u>N/A</u>

Condition on arrival (check all that apply): <u>Alert, Oriented x 4 (person-place- time-situation), Responding to questions verbally, C/O pain?</u>
( )Alert    ( )Oriented x 4 (person-place- time-situation)    ( )Responding to questions verbally    ( )Other (requires description in examination summary)    ( )C/O pain?
If C/O pain checked, please indicate where: <u>Generalized body pain from being kicked. Eyes, hands, legs and knees</u>

Examination summary: <u>Head to toe examination was perfomed. Multiple bruises were noted on body. Both eyes have red bruises and 2cm x 0.5 cm laceration noted above left eye. Both knees scraped. Two small scratches noted on back of head on right lateral side. Left index finger has bruise. Red bruising to left later upper torso and red brusing noted to left shoulder blade.</u>

Physician notified? <u>Yes</u>

5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX
( )No   ( )Yes
**Name:** Melvin
**Time:** 1900

**Treatment provided?** Yes
( )No   ( )Yes
**If Yes, please describe:** Left eye laceration cleaned with Dermal Wound Cleaner. Sterile steri strip was applied to laceration.
**Response to Treatment** pt tolerated treatment well.

**Disposition:** Confinement
( )Population(dorm)   ( )Confinement   ( )Infirmary   ( )Hospital ER   ( )IMR   ( )Other
**if Other, please explain:** N/A

**Discharge Instructions and Education:** Instructed pt to keep laceration area clean. Use cold compress to help with swelling. Take Ibuprofen for pain and inflammation.

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)     Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**ABRASION/LACERATION PROTOCOL**
NOTE:   ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN
OR CLINICIAN.

**SUBJECTIVE: Age:**
30 Years Old

**Chief Complaint:** Inmate attack from officer from another camp.
**Mechanism of Injury (MOI):** Fists and feet
**Date and Time of Injury:** 10/03/2023
**Pain Level:** 5/10

**OBJECTIVE:**
**Temp:**   97.9 F **Pulse:** 65 **Resp:** 18 **BP:** 121 / 87 **O2 sat:** 96 % **Weight (lbs):** 143

**Signs of Shock:**
N/A
**Location of injury:** Eyes, head, knees, back, left index finger
**Description of Injury:** Multiple bruises were noted on body. Both eyes have red bruises and 2cm x 0.5
cm laceration noted above left eye. Both knees scraped. Two red scratches noted on back of head on
right lateral side. Left index finger has bruise. Red bruising to left later upper torso and red brusing noted
to left shoulder blade.
**Approximate size of abraison or laceration: Length:** 2 **Width:** 0.5 **Depth:** 0.2
**Embedded foreign material in wound?** No
**Bleeding at this time:** Oozing/Minimal

**Neurovascular checks:**
**Distal pulse of affected extremity:** Bounding
**Capillary refill 2 seconds or less:** Yes
**Numbness or tingling in affected extremity:**   No
**ROM of affected extremity:**    Full ROM
**Laceration greater than 24 hours old with signs & symptoms of infection:**   No
Increasing redness/swelling or pain at site
**Discharge:** Serosanguineous

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION:**
N/A

**PLAN:**
N/A
Bacitracin ointment as directed to abrasion
Wound cleaned with: Dermal Wound Cleanser
Wound dressed

**Medications Added per Protocol:**

5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX
BACITRACIN 500 UNIT/GM PACK (BACITRACIN ZINC) AAA TID, Route: EXTERNAL

**Orders Added per Protoocol:**
Added new Test order of Health Review- Transfer (Provider) (HR) - Signed
Added new Test order of Staff Request/Referral (NURREQREF) - Signed
Added new Test order of Provider Follow up (FU) - Signed

**EDUCATION:**
Inmate instructed on wound care
Inmate instructed to watch for signs of infection: increase in redness, swelling, pain, and/or purulent discharge at wound site.
Acetaminophen 325 mg 2 tablets by mouth every 4-6 hours as needed for pain.
Inmate instructed to return to Medical if symptoms get worse or any new symptoms develop.

DC4-683V Abrasion/Laceration Protocol   (Revised 10/10/19)
This form is not to be amended, revised, or altered without           approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Vaccines Administered/Entered:**
Vaccination Group: Tdap
Series: 2 NOT GIVEN
Vaccination: Adacel Intramuscular Suspension 5-2-15.5 LF-MCG/0.5
Reason Not Given: Patient decision
Entered Date: 10/3/2023 12:00 AM
Entered by: Wilson, RN, Registered Nurse, Centurion, Melissa A

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**PRE-SPECIAL HOUSING HEALTH EVALUATION**

**Post Use of Force?** No
**if yes, was DC4-701C completed?** No

**M:**1   **S:**1   **W:**1   **T:**1   **I:Vision:**_   **I:Hear:**_   **I:Physical:**_   **SD:**N

**Is inmate demonstrating strange/bizarre behavior or thinking about/threatening/engaging in self-harmful behavior?** No
**Current Medical Complaint?** No
**Temp:**  97.9 F
**Pulse:**  65   **Resp:**  18   **BP:**  121 /  87 **O2 sat:** 96 **Weight (lbs):**   143

**Infirmities or impairment?** No   **Does inmate have assistive devices that will remain with her/him?**

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

650B;:Mental Health; IST
Date of Service: 10/3/2023

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX
No

**Renewal/ Refill Needed?** No
*Chart referred for renewal or refill ordered.

**Arrangements for Medication Administration:** N/A

**Inmate medication delivered to health care staff?** No

**Are there any apparent acute medical/mental health reasons, including any thoughts, threats or gestures of self-injurious behavior, that preclude placement in special housing?( If yes, refer inmate to clinic)** No

**Health Record Reviewed?** Yes
**Inmate educated on how to access medical, dental and mental health care?** Yes

**Completed DC4-529 Mental Health Referral for S2/S3?** Yes
**Completed DC4-650B Risk Assessment?** Yes DC4-769 Pre-Special Housing Health Evaluation
(Revised 02/23/18)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**INMATE HEALTH EDUCATION**

**Institution:**
135-SANTA ROSA ANNEX**Date:** 10/03/2023

**Reception health services orientation provided in Accordance with Procedure 403.008 Inmate Health Services Orientation and Education.**

**Hygiene**

DC4-773 Inmate Health Education (Revised 7/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

5850 East Milton Rd.
Milton, FL 32583                               650B;:Mental Health; IST
Main: 8509817602 Fax: 8509817655              Date of Service: 10/3/2023

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX

Signed By: Wilson, RN, Registered Nurse, Centurion, Melissa at 10/3/2023 8:52:48 PM
Signed By: Aglipay, APRN, Medical Provider, Centurion, Dennis at 10/5/2023 9:39:24
AM

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX

HDID: HOUSING LOC(81711)    New Value: K11091

HDID: WORKASSIGN1(32418028)    New Value: UUU

HDID: WORKASSIGN2(32418029)    New Value: UUU

HDID: WORKASSIGN3(32418030)    New Value: UUU

HDID: WORKASSIGNDESC1(32418134)    New Value: UNASSIGNED

HDID: WORKASSIGNDESC2(32418135)    New Value: UNASSIGNED

HDID: WORKASSIGNDESC3(32418136)    New Value: UNASSIGNED

HDID: BEDMISSION(32421143)    New Value: AC

HDID: BedMissDesc(32421144)    New Value: ADMINISTRATIVE CONF.

HDID: InitConfDate(32421145)    New Value: 2023-05-18

HDID: LocConfDate(32421146)    New Value: 2023-10-03

HDID: LocConfDays(32421147)    New Value: 0

HDID: InmCurBedStat(32421148)    New Value: C2

HDID: InmCurBedDesc(32421149)    New Value: CLOSE MANAGEMENT II

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

10/16/2023

ER Record,
Date of Service: 10/3/2023

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 109-GULF C.I.

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

10/16/2023

ER Record,
Date of Service: 10/3/2023

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 109-GULF C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply:** <u>Inmate, Post-Use-of-Force Exam</u>
( )Inmate   ( )Employee   ( )Visitor   ( )Post-Use-of-Force Exam   ( )Injury   ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.    This includes a visual inspection of the entire body to identify any sign of injury.    This exam shall be performed in the medical unit except under unusual circumstance.    Injuries shall be documented on the DC4-708, Diagram of Injury.    If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

**Time of occurrence:** <u>1200</u>
**Time of exam:** <u>1210</u>
**Description of occurrence:**    <u>PUOF    (physical)</u>

**Post Use of Chemical Agent Instructions:**
**Shower without soap?** <u>N/A</u>
( )N/A   ( )Yes   ( )Refused
<u>N/A</u>
()Report any difficulty breathing ()Remain in upright position ()Do Not apply lotion to skin ()Splash cool water to eyes 5-10 minutes   ( )N/A

**Temp:** <u>97.2</u>F
**Pulse:** <u>72</u>
**Resp:** <u>18</u>
**BP:** <u>120</u>/ <u>68</u>
**O2 sat:** <u>98</u>%

**Arrived via:** <u>Ambulatory</u>
( )Ambulatory   ( )Stretcher   ( )Wheelchair   ( )Other
**Other:** <u>N/A</u>

**Condition on arrival (check all that apply):** <u>Alert, Oriented x 4 (person-place- time-situation),</u>
<u>Responding to questions verbally, C/O pain?</u>
( )Alert   ( )Oriented x 4 (person-place- time-situation)   ( )Responding to questions verbally   ( )Other (requires description in examination summary)   ( )C/O pain?
If C/O pain checked, please indicate where: <u>back of head, behind R ear, L Jaw, L ribs, anterior</u>
<u>throat, L middle finger</u>

**Examination summary:** <u>Noted 7-8mm laceration below lateral aspect of L eyebrow, no bleeding</u>
<u>noted.    Mild bruising noted below eyes.</u>

**Physician notified?** <u>Yes</u>
( )No   ( )Yes
**Name:** <u>Jansen APRN</u>
**Time:** <u>1300</u>

5850 East Milton Rd.
Milton, FL 32583                                                           ER Record,
Main: 8509817602 Fax: 8509817655                    Date of Service: 10/3/2023

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 109-GULF C.I.
**Treatment provided? <u>No</u>**
( )No    ( )Yes
**If Yes, please describe:** N/A
**Response to Treatment <u>N/A</u>**

**Disposition: <u>Confinement</u>**
( )Population(dorm)   ( )Confinement   ( )Infirmary   ( )Hospital ER   ( )IMR   ( )Other
**if Other, please explain: <u>N/A</u>**

**Discharge Instructions and Education: <u>RTC PRN</u>**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND
REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)        Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 109-GULF C.I.

## Nurse Visit

**Copay?** No
**Reason for encounter:** EMID(Check if paper form done and scanned in)

Signed By: Machuca, RN, Registered Nurse, Centurion, Karen at 10/3/2023 1:11:18 PM
Signed By: Jansen, APRN, Medical Provider, Centurion, Pamela at 10/3/2023 2:28:34 PM

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Tanya Cater, Licensed Pracrtical Nurse, Centurion | **Service Provider:** | | FDC |
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | Tanya Cater, Licensed Pracrtical Nurse, Centurion | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | |
|---|---|---|---|---|
| **Patient Name:** | ANTHONY W TOUCHTON | **DOB:** | Jul 26, 1993 | **Age:** 30 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** 239966 |
| **Resp. Provider:** | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| TRANIN | New Inmate HLT Review (Nurse) | |
| **Order Number:** | 4235674-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 10/03/2023 | **End Date:** |
| **Electronically signed by:** Tanya Cater, Licensed Pracrtical Nurse, Centurion | | **Signed on:** 10/3/2023 4:23:59 PM |
| **Instructions:** | | |

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 109-GULF C.I.
Transfers:

### Orders added during this encounter:
New Inmate HLT Review (Nurse); Start Date: 10/03/2023

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

**Clinical Date and Time:** 10/03/2023 4:23 PM
**Transferring FROM:** 109-GULF C.I. **Transferring TO:** santa rosa
**Special transportation needs:** No
**Last TST Results:** 00
**TST Date**
05/07/2023
**Time:**
9:44 AM
**Single dose medication:** N

**Allergies:**
* NKDA (Critical)

**Current Problems:**
Routine general medical examination (ICD-V70.0) (ICD10-Z00.00)

**Currently on Self-Harm Observation Status:** No
**Currently being treated for medical problems:** No
**Currently being treated for Dental problems:** No
**Currently being treated for Mental Health problems:** No

Impairment: **Physical:** _ **Hearing:** _ **Vision:** _ **Impairment:** N/A

**Is inmate on any DOT medications; by any route?** No
**Medication accompanying inmate:** NA
DC4-760A Health Information Transfer/Arrival Summary (Revised 06/05/19
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

Inmate Name: ANTHONY W TOUCHTON
DC#: Y43861    Race/Sex: White / Male
Date of Birth: 07/26/1993
Institution: 109-GULF C.I.

5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 109-GULF C.I.

Signed By: Cater, Licensed Pracrtical Nurse, Centurion, Tanya at 10/3/2023 4:24:06 PM

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 109-GULF C.I.
**Type of Record Transfer** Transfer Out
**Most Recent Paper Volume Number** 1
**Previous Paper Volume Numbers** n/a
**Psychological Volume Numbers** 1
**Dental Volume Numbers** 1

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Johnson, Medical Records Clerk, Centurion, Rebecca at 10/3/2023 4:21:17
PM

**135-SANTA ROSA ANNEX**                                          10/16/2023
5850 East Milton Rd.
Milton, FL 32583                        Handout Printed - Diagram of Injury
Main: 8509817602 Fax: 8509817655          Date of Service: 10/3/2023

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 109-GULF C.I.
Printed Handout: Diagram of Injury


Signed By: Machuca, RN, Registered Nurse, Centurion, Karen at
10/3/2023 1:05:44 PM

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 109-GULF C.I.
Printed Handout: Diagram of Injury


Signed By: Machuca, RN, Registered Nurse, Centurion, Karen at
10/3/2023 1:05:03 PM

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX
Printed Handout: Diagram of Injury


Signed By: Wilson, RN, Registered Nurse, Centurion, Melissa at
10/3/2023 8:00:16 PM

5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX
Printed Handout: Diagram of Injury


Signed By: Wilson, RN, Registered Nurse, Centurion, Melissa at
10/3/2023 8:00:26 PM

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Melissa Wilson, RN, Registered Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Melissa Wilson, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | ANTHONY W TOUCHTON | **DOB:** | Jul 26, 1993 | **Age:** | 30 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 239966 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| HR | Health Review- Transfer (Provider) | |

**Order Number:** 4236311-1                                                                 **Quantity:** 1
**Authorization #:**                                                                               **Priority:** N
**Start Date:**          10/04/2023                                    **End Date:** 10/04/2023
**Electronically signed by:** Melissa Wilson, RN, Registered          **Signed on:** 10/3/2023 8:52:44 PM
Nurse, Centurion
**Instructions:**          Health Review- Transfer

# TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Melissa Wilson, RN, Registered Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Melissa Wilson, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | ANTHONY W TOUCHTON | **DOB:** | Jul 26, 1993 | **Age:** | 30 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 239966 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| NURREQREF | Staff Request/Referral | |

**Order Number:** 4236311-2      **Quantity:** 1
**Authorization #:**      **Priority:** N
**Start Date:** 10/03/2023      **End Date:** 10/03/2023
**Electronically signed by:** Melissa Wilson, RN, Registered Nurse, Centurion      **Signed on:** 10/3/2023 8:52:44 PM
**Instructions:** Referral to Mental Health

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Melissa Wilson, RN, Registered Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Melissa Wilson, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | ANTHONY W TOUCHTON | **DOB:** | Jul 26, 1993 | **Age:** | 30 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 239966 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|

FU            Provider Follow up

**Order Number:**      4236311-3                                  **Quantity:** 1
**Authorization #:**                                                **Priority:** N
**Start Date:**           10/03/2023                              **End Date:** 10/04/2023
**Electronically signed by:** Melissa Wilson, RN, Registered      **Signed on:** 10/3/2023 8:52:44 PM
Nurse, Centurion
**Instructions:**          Laceration to left eye from inmate assault from Gulf CI.

5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX

HDID: FacilityName(32402407)    New Value: SANTA ROSA ANNEX

HDID: RELFACNAME(32418182)    New Value: GULF C.I.

HDID: RELFACNUM(32418183)    New Value: 109

HDID: MOVEREASCODE(32418184)    New Value: 30

HDID: MOVEREASCODESC(32418185)    New Value: RECEIVED FROM

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

Demographics OBIS Updates
Date of Service: 10/3/2023

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 109-GULF C.I.

HDID: RELFACNAME(32418182)    New Value: SANTA ROSA ANNEX

HDID: RELFACNUM(32418183)    New Value: 135

**135-SANTA ROSA ANNEX**

5850 East Milton Rd.
Milton, FL 32583

Demographics OBIS Updates

Main: 8509817602 Fax: 8509817655

Date of Service: 10/3/2023

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 109-GULF C.I.

HDID: HOUSING LOC(81711)    New Value:

HDID: WORKASSIGN1(32418028)    New Value:

HDID: WORKASSIGN2(32418029)    New Value:

HDID: WORKASSIGNDESC1(32418134)    New Value:

HDID: WORKASSIGNDESC2(32418135)    New Value:

HDID: LastMoveDate(32418180)    New Value: 10/03/2023

HDID: RELFACNAME(32418182)    New Value: SANTA ROSA C.I.

HDID: RELFACNUM(32418183)    New Value: 119

HDID: MOVEREASCODE(32418184)    New Value: 90

HDID: MOVEREASCODESC(32418185)    New Value: TRANSFERRED TO

HDID: BEDMISSION(32421143)    New Value:

HDID: BedMissDesc(32421144)    New Value:

HDID: InitConfDate(32421145)    New Value:

HDID: LocConfDate(32421146)    New Value:

HDID: LocConfDays(32421147)    New Value:

HDID: InmCurBedStat(32421148)    New Value:

HDID: InmCurBedDesc(32421149)    New Value:

HDID: LastMoveRsnDesc(32422424)    New Value: CLOSE MANAG.II

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Eileen Brown, RN, DON, Centurion | **Service Provider:** | Bioreference |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Steven Worsley, Medical Records, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | ANTHONY W TOUCHTON | **DOB:** | Jul 26, 1993 | **Age:** | 30 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 239966 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| Code | Description | Diagnoses |
|---|---|---|
| 0095-0 | Fasting Glucose (PE) | |
| **Order Number:** | 4237133-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 04/28/2026 | **End Date:** 04/28/2026 |

**Electronically signed by:** Steven Worsley, Medical Records, Centurion **Signed on:** 10/4/2023 7:28:00 AM

**Instructions:**

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX

<u>**Orders added during this encounter:**</u>
Fasting Glucose (PE); Start Date: 04/28/2026

Signed By: Worsley, Medical Records, Centurion, Steven at 10/4/2023 7:28:00 AM

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

Chron Rec Health Care
Date of Service: 10/4/2023

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX
**Note:** INTAKE FROM GULF CI
**Type of Record Transfer** Transfer In
**Most Recent Paper Volume Number** E
**Previous Paper Volume Numbers** 1
**Psychological Volume Numbers** 1
**Dental Volume Numbers** 1

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Worsley, Medical Records, Centurion, Steven at 10/4/2023 7:25:59 AM

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Angel Garcia, MHP, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Todd Lentini, AA, Administrative Assistant, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | ANTHONY W TOUCHTON | **DOB:** | Jul 26, 1993 | **Age:** | 30 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 239966 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|

MHIRO  Orientation to MH

**Order Number:** 4238740-1

**Quantity:** 1

**Authorization #:**

**Priority:** N

**Start Date:** 10/11/2023  **End Date:** 10/11/2023

**Electronically signed by:** Todd Lentini, AA, Administrative Assistant, Centurion  **Signed on:** 10/4/2023 9:42:25 AM

**Instructions:**

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Angel Garcia, MHP, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Todd Lentini, AA, Administrative Assistant, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | ANTHONY W TOUCHTON | **DOB:** | Jul 26, 1993 | **Age:** | 30 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 239966 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code** — **Description** — **Diagnoses**

MHBSR — Initial Confinement Interview

**Order Number:** 4238740-2 — **Quantity:** 1

**Authorization #:** — **Priority:** N

**Start Date:** 11/01/2023 — **End Date:** 11/01/2023

**Electronically signed by:** Todd Lentini, AA, Administrative Assistant, Centurion — **Signed on:** 10/4/2023 9:42:25 AM

**Instructions:**

5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655                Date of Service: 10/4/2023

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**NEUROLOGICAL FLOW SHEET**
Vital Signs and Neuro Checks:    Progress along this time schedule ONLY if signs are stable.
Every 15 minutes       X       (1) hour, then
Every 30 minutes       X       (1) hour, then
Every 1 hour       X       (4) hours, then
Every 4 hours    X    (24) hours
NOTIFY MD IMMEDIATELY OF SIGNS AND SYMPTOMS OF INCREASING INTRACRANIAL
PRESSURE!
*DROWSY, ABNORMAL BEHAVIOR, SEVERE HEADACHE, STIFF NECK, LOC CHANGES, NAUSEA
OR VOMITING*
**Time:** 5:52 PM
Fully conscious-awake aware and oriented x3
All 4 extremities
Equal and strong
**Pupil Size Left:** 3mm
**Pupil Size Right:** 3mm

**Pupil Reaction**
**Left** Brisk
**Right** Brisk
Speech
Clear

**Vitals:**
**Temp:** 98.6F **Pulse:** 61  **Resp:** 16  **BP:** 118 / 78  **O2 sat:**   99  % **Weight (lbs):**  144
**Nurse's Notes:** PT DENIES ANY DIZZINESS, LIGHTHEADEDNESS, NAUSEA OR VOMITING. BUE
AND BLE WITH FULL ROM. LACERATION TO LEFT EYE INTACT WITH SOME REDNESS AND
SWELLING. C/O GENERALIZED BODY ACHES. PT TAKING IBUPROFEN PRN FOR PAIN. NO ACUTE
DISTRESS NOTED AT THIS TIME

**Previous Neuro Checks:**
DC4-716B Neurological Flow Sheet (Revised 10/5/12)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Davis, LPN, Licensed Practical Nurse, Centurion, Rona at 10/4/2023
6:02:17 PM
Signed By: Aglipay, APRN, Medical Provider, Centurion, Dennis at 10/5/2023 11:16:02
AM

5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX

5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 109-GULF C.I.

## Orders added during this encounter
XRAY RIBS UNILAT 2VLT, Order Number: 4242375-3; Start Date: 10/11/2023
XRAY SKULL COMPLETE MIN 4V; Order Number: 4242375-2; Start Date: 10/11/2023
XRAY FACIAL BONES COMP MIN 3V, Order Number: 4242375-1; Start Date: 10/11/2023

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** Other
**Remarks:** X-Rays ordered per FLDOC Request.
Inmate is now at Santa Rosa Annex - was transferred from Gulf yesterday.
Orders placed.

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Jansen, APRN, Medical Provider, Centurion, Pamela at 10/4/2023 1:25:49
PM
Signed By: Aglipay, APRN, Medical Provider, Centurion, Dennis at 10/5/2023 11:02:50
AM

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX
HDID: WORKASSIGN1(32418028)    New Value: S09
HDID: WORKASSIGN2(32418029)    New Value: S09
HDID: WORKASSIGNDESC1(32418134)    New Value: CLOSE-MANAGEMENT II
HDID: WORKASSIGNDESC2(32418135)    New Value: CLOSE-MANAGEMENT II
HDID: LocConfDays(32421147)    New Value: 1

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX

## Orders added during this encounter:
Initial Confinement Interview; Start Date: 11/01/2023
Orientation to MH; Start Date: 10/11/2023

Signed By: Lentini, AA, Administrative Assistant, Centurion, Todd at 10/4/2023 9:42:27 AM
Signed By: Garcia, MHP, Centurion, Angel at 10/4/2023 12:26:43 PM

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Pamela Jansen, APRN, Medical Provider, Centurion | **Service Provider:** | | MobileX |
| **Auth Provider NPI:** | 1952587461 | | | |
| **Signing Provider:** | Pamela Jansen, APRN, Medical Provider, Centurion | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | |
|---|---|---|---|---|
| **Patient Name:** | ANTHONY W TOUCHTON | **DOB:** | Jul 26, 1993 | **Age:** 30 |
| **Home Phone:** | | **Sex:** Male | | **SSN:** |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** 239966 |
| **Resp. Provider:** | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| 70150-12 | XRAY FACIAL BONES COMP MIN 3V | ASSAULT (ICD-Y09) |

**Order Number:** 4242375-1
**Authorization #:**
**Start Date:** 10/11/2023
**Electronically signed by:** Pamela Jansen, APRN, Medical Provider, Centurion
**Instructions:** X-Rays requested by FLDOC. DO NOT CANCEL

**Quantity:** 1
**Priority:** N
**End Date:** 10/11/2023
**Signed on:** 10/4/2023 1:25:27 PM

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Pamela Jansen, APRN, Medical Provider, Centurion | **Service Provider:** | MobileX |
| **Auth Provider NPI:** | 1952587461 | | |
| **Signing Provider:** | Pamela Jansen, APRN, Medical Provider, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | ANTHONY W TOUCHTON | **DOB:** | Jul 26, 1993 | **Age:** | 30 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 239966 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| 71100-42-LT | XRAY RIBS UNILAT 2VLT | ASSAULT (ICD-Y09) |
| **Order Number:** | 4242375-3 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 10/11/2023 | **End Date:** 10/11/2023 |
| **Electronically signed by:** Pamela Jansen, APRN, Medical Provider, Centurion | | **Signed on:** 10/4/2023 1:25:49 PM |
| **Instructions:** | X-Rays requested by FLDOC. DO NOT CANCEL | |

| TEST FORM | | |
|---|---|---|
| **Authorizing Provider:** | Pamela Jansen, APRN, Medical Provider, Centurion | **Service Provider:** MobileX |
| **Auth Provider NPI:** | 1952587461 | |
| **Signing Provider:** | Pamela Jansen, APRN, Medical Provider, Centurion | |
| **Phone:** | | **Phone:** |
| **Fax:** | | **Fax:** |

| Patient Name: | ANTHONY W TOUCHTON | **DOB:** Jul 26, 1993 | **Age:** 30 |
|---|---|---|---|
| **Home Phone:** | | **Sex:** Male | **SSN:** |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** 239966 |
| **Resp. Provider:** | | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| 70260-50 | XRAY SKULL COMPLETE MIN 4V | ASSAULT (ICD-Y09) |
| **Order Number:** | 4242375-2 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 10/11/2023 | **End Date:** 10/11/2023 |
| **Electronically signed by:** | Pamela Jansen, APRN, Medical Provider, Centurion | **Signed on:** 10/4/2023 1:25:49 PM |
| **Instructions:** | X-Rays requested by FLDOC. DO NOT CANCEL | |

# TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Sheila Melvin, APRN, Medical Providers, Centurion | **Service Provider:** | FDC | |
| **Auth Provider NPI:** | 1821371774 | | | |
| **Signing Provider:** | Sheila Melvin, APRN, Medical Providers, Centurion | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | ANTHONY W TOUCHTON | **DOB:** | Jul 26, 1993 | **Age:** | 30 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 239966 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SP-WRC | Approved for Work Release Medical | |

**Order Number:** 4243763-1

**Quantity:** 1

**Authorization #:**

**Priority:** N

**Start Date:** 10/04/2023

**End Date:**

**Electronically signed by:** Sheila Melvin, APRN, Medical Providers, Centurion

**Signed on:** 10/4/2023 2:37:39 PM

**Instructions:**

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Dennis Aglipay, APRN, Medical Provider, Centurion | **Service Provider:** | MobileX |
| **Auth Provider NPI:** | 1740990712 | | |
| **Signing Provider:** | Dennis Aglipay, APRN, Medical Provider, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | ANTHONY W TOUCHTON | **DOB:** | Jul 26, 1993 | **Age:** | 30 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 239966 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**
70140-12
**Order Number:**     4245215-1
**Authorization #:**
**Start Date:**          10/11/2023
**Electronically signed by:** Dennis Aglipay, APRN, Medical Provider, Centurion
**Instructions:**      XRAY FACIAL BONES

**Description**
XRAY FACIAL BONES < 3 VIEWS

**Diagnoses**
ASSAULT (ICD-Y09)
**Quantity:** 1
**Priority:** N
**End Date:**
**Signed on:** 10/4/2023 4:07:20 PM

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX
Transfers:

### Orders added during this encounter:

Approved for Work Release Medical; Start Date: 10/04/2023

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

Provider Summary:
**Clinical Date and Time:**
10/04/2023 2:36 PM
**Previous Receiving Screen Reviewed?** Yes

**Permanent Clinician Record Review:** RECORD REVIEW. PROFILE UPDATE.

**Medications needed:** No
**M Grade:** 1
**W Grade:** 1
**S Grade:** 1
**Current Work Status**
**Current Work Camp Status:** Yes (01/09/2023 11:00:00 AM)
**Is Inmate in Chronic Clinic?** No
**Consult needed?** No

**Passes written:**

**Orders Added:**
Added new Test order of Approved for Work Release Medical (SP-WRC) - Signed

DC4-760A Health Information Transfer/Arrival Summary (Revised 06/05/19
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Inmate Name: ANTHONY W TOUCHTON
DC#: Y43861    Race/Sex: White / Male
Date of Birth: 07/26/1993
Institution: 135-SANTA ROSA ANNEX

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

10/16/2023

Xfr Sum - Provider;
Date of Service: 10/4/2023

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS
HEALTH SERVICES PROFILE

## UPDATED INFORMATION

**Is this inmate suitable for work release?** Yes

DC4-706 Health Services Profile (Revised 2/22/18)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Melvin, APRN, Medical Providers, Centurion, Sheila at 10/4/2023 2:37:42
PM

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Dennis Aglipay, APRN, Medical Provider, Centurion | **Service Provider:** | MobileX |
| **Auth Provider NPI:** | 1740990712 | | |
| **Signing Provider:** | Dennis Aglipay, APRN, Medical Provider, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | ANTHONY W TOUCHTON | **DOB:** | Jul 26, 1993 | **Age:** | 30 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 239966 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| 70260-50 | XRAY SKULL COMPLETE MIN 4V | ASSAULT (ICD-Y09) |
| **Order Number:** | 4245215-2 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 10/11/2023 | **End Date:** 10/11/2023 |
| **Electronically signed by:** | Dennis Aglipay, APRN, Medical Provider, Centurion | **Signed on:** 10/4/2023 4:07:20 PM |
| **Instructions:** | XRAY SKULL | |

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX

## Orders added during this encounter

XRAY SKULL COMPLETE MIN 4V; Order Number: 4245215-2; Start Date: 10/11/2023
XRAY FACIAL BONES < 3 VIEWS; Order Number: 4245215-1; Start Date: 10/04/2023

Signed By: Aglipay, APRN, Medical Provider, Centurion, Dennis at 10/4/2023 4:07:20 PM

# TEST FORM

| Authorizing Provider: | Dennis Aglipay, APRN, Medical Provider, Centurion | Service Provider: | FDC |
|---|---|---|---|
| Auth Provider NPI: | 1740990712 | | |
| Signing Provider: | Dennis Aglipay, APRN, Medical Provider, Centurion | | |
| Phone: | | Phone: | |
| Fax: | | Fax: | |

| Patient Name: | ANTHONY W TOUCHTON | DOB: | Jul 26, 1993 | Age: | 30 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | |
| Work Phone: | | Cell Phone: | | Patient ID: | 239966 |
| Resp. Provider: | | | | | |

| Primary Ins: | | Secondary Ins: | |
|---|---|---|---|
| Group: | | Group: | |
| Policy: | | Policy: | |
| Insured ID: | | Insured ID: | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| NURwndTr | Wounds | LACERATION WITHOUT FOREIGN BODY OF OTHER PART OF HEAD, INITIAL ENCOUNTER (ICD-S01.81xA) |

**Order Number:** 4245154-2  
**Authorization #:**  
**Start Date:** 10/04/2023  
**Electronically signed by:** Dennis Aglipay, APRN, Medical Provider, Centurion  
**Instructions:** NEURO CHECK IN THE PM

**Quantity:** 1  
**Priority:** N  
**End Date:** 10/04/2023  
**Signed on:** 10/4/2023 4:05:02 PM

**135-SANTA ROSA ANNEX**
**5850 East Milton Rd.**
**Milton, FL 32583**

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Dennis Aglipay, APRN, Medical Provider, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | 1740990712 | | |
| **Signing Provider:** | Dennis Aglipay, APRN, Medical Provider, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | ANTHONY W TOUCHTON | **DOB:** | Jul 26, 1993 | **Age:** | 30 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 239966 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| NURCks | Neuro Cks | LACERATION WITHOUT FOREIGN BODY OF OTHER PART OF HEAD, INITIAL ENCOUNTER (ICD-S01.81xA) |

**Order Number:** 4245154-3
**Authorization #:**
**Start Date:** 10/04/2023

**Quantity:** 1
**Priority:** N
**End Date:** 10/04/2023

**Electronically signed by:** Dennis Aglipay, APRN, Medical Provider, Centurion
**Signed on:** 10/4/2023 4:05:02 PM

**Instructions:** NEURO CHECK THIS PM

5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX

**Appointments completed during encounter** Provider Follow up • 10/03/2023 • Laceration to left eye from inmate assault from Gulf CI.

**Orders added during this encounter**
Neuro Cks; Order Number: 4245154-3; Start Date: 10/04/2023
Wounds; Order Number: 4245154-2; Start Date: 10/04/2023

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** Provider Follow-Up
**Remarks:** PROVIDER F/U LACERATION TO LEFT EYE

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

## Vital Signs:

**Temp:** 97.9 F, **Pulse:** 66, **Resp:** 16, **BP:** 130/79, **O2 sat:** 98%
**Weight (lbs):** 144, **Height:** 68 (inches), **BMI:** 21.89
**Is the inmate currently using oxygen?** No

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**PHYSICAL EXAM**

**Temp:** 97.9, **Pulse:** 66, **Resp:** 16, **O2 sat:** 98, **BP:** 130/ 79, **Blood Glucose:** na
**Height:** 68 (Inches), **Weight:** 144 lbs., **BMI:** 21.89, **Chief Complaint:**    F/U LACERTAION OVER LEFT EYE
**History of Present Illness:**    PT PRESENTS TO CLINIC FOR F/U LACERATION OVER LEFT EYE. DENEIS CP, SOB, HA OR DIZZINESS. PT STATES HE WAS ASSAULTED BY SECURITY WHICH WAS WITNESSED BY MED AT GULF CI. PT STATES HIS HEAD IS HURTING D/T THE ASSAULT
**Past Medical History:**    NONCONTRIBUTORY

**135-SANTA ROSA ANNEX**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509817602 Fax: 8509817655

**ANTHONY W TOUCHTON**
DC#: Y43861
Race/Sex: White / Male
DOB: Jul 26, 1993
Facility: 135-SANTA ROSA ANNEX

**Allergies:**
* NKDA (Critical)

**Current Medications:**
BACITRACIN 500 UNIT/GM PACK (BACITRACIN ZINC) AAA TID, Route: EXTERNAL

**Current Problem List: :**
Laceration without foreign body of other part of head, initial encounter (ICD10-S01.81xA)
Assault (ICD10-E968.9) (ICD10-Y09)
Routine general medical examination (ICD-V70.0) (ICD10-Z00.00)

## OBJECTIVE:

## PHYSICAL EXAMINATION

### General
The patient is well nourished, well developed, alert and oriented and in no acute distress.
- SLIGHT ERYTHMA TO BIL EYES. 3 MM CLOSED LACERATION TO LEFT EYEBROW. NO BLEEDING OR DRAINAGE NOTED
Pupils equally reactive to light and accommodation, extraocular muscles intact bilaterally

### Kidneys/Bladder

### Musculoskeletal
Full range of motion of all four extremities without obvious weakness.
**Comments and Objective Findings:** NO SWELLING, ERYTHMA OR DEFORMITIES NOTED

### Neurological
Grossly intact and non-focal; no tremors, no gait abnormalities, speech fluent.

### Mini Mental State Examination (MMSE)

## ORIENTATION:
Year

1
**Impression Diagnosis:** 30 YO W/M PRESENTS TO CLINC FOR F/U ASSAULT. WILL PERFORM NEURO CHECK THIS EVENING. PT ABLE TO ANSWER ALL QUESTIONS WITHOUT DIFFICULTY.

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## MENTAL HEALTH EMERGENCY, SELF-HARM, SHOS/MHOS PLACEMENT LOG

**Primary Reason for Placement on SHOS/MHOS Key:** 1-Transfer from another facility, 2-Gesture/claim, 3-Laceration, 4-Re-open wound, 5-Hanging/asphyxiation, 6-Blunt trauma, 7-Poison/overdose, 8-Object ingestion, 9-Foreign body insertion, 10-MH Observation

**Housing Key:** GP=General Population, IMR=Isolation Management Room, TCU=Transitional Care Unit, CSU=Crisis Stabilization Unit, CMHTF= Corrections Mental Health Treatment Facility, DC=Confinement (DC), AC=Confinement (non-DC), PM=Protective Management, CM=Close Management, Max Management, Death Row.

**Disposition Key:** 1-IMR at another facility, 2-TCU, 3-CSU, 4-CMHTF, 5- Outside Hospital, 6-Outpatient

**Primary Motivation Key:** 1-Suicidal, 2-Tension Relief / Mood Alteration, 3-Psychotic Process, 4-Instrumental

**Primary Mental State Key:** 1-Anger/Frustration, 2-Anxious/Fearful, 3-Psychotic/Paranoid, 4-Depressed/Bored

**Primary Precipitating Event Key:** 1-Interpersonal, 2-Intrapersonal, 3-Health/Sleep, 4-Discipline/Confinement, 5-Inpatient Discharge

*Use N/A when mental health emergencies do not result in SHOS/MHOS placement.

**Use N/A when a SHOS placement is not preceded by an emergency.

Month/Year: October 2023

| Facility Code (Number) | Date of Placement on SHOS/MHOS* | Time of Placement on SHOS/MHOS* | Placed on SHOS(S) or MHOS(M)* | Primary Reason for Placement* | Inmate Name | DC # | Inmate Housing at time of Emergency or Self-Harm | Name and Title of Health Services Staff Responding to the Emergency ** | Date of Emergency Referral ** | Time of Emergency Referral ** | Date Inmate Seen by Health Services Staff ** | Time Inmate Seen by Health Services Staff ** | Date of Discharge Order* | Time of Discharge Order* | Disposition Post SHOS/MHOS* | Primary Motivation * | Primary Mental State * | Primary Precipitating Event * | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | 10/2/2023 | 6:16 PM | S | 2 | DOUGLAS, DOMINIQUE D. | P21137 | DC | K. MACHUCA, RN | 10/2/2023 | 6:10 PM | 10/2/2023 | 6:16 PM | 10/17/2023 | 4:15 AM | 1 | 2 | 4 | 2 | TRANSFERRED TO CSU 17-OCT-23 |
| 109 | 10/5/2023 | 11:00 AM | S | 2 | NEAL, RONALD | M14218 | GP | M. FISHER, LPN | 10/5/2023 | 11:00 AM | 10/5/2023 | 11:00 AM | 10/6/2023 | 1:00 PM | 6 | 2 | 1 | 2 | TIME/S ACROSS DIFFERENT ENCOUNTERS/FORMS DO NOT SPECIFY CST/EST |
| 109 | 10/6/2023 | 5:25 PM | S | 2 | CORDERO, MIGUEL A. II | C12294 | AC | R. YOUNG, MHP | 10/6/2023 | 3:00 PM | 10/6/2023 | 3:10 PM | 10/17/2023 | 4:15 AM | 1 | 2 | 1 | 2 | TRANSFERRED TO CSU 17-OCT-23 |
| 109 | N/A | N/A | N/A | N/A | GREEN, FREDDIE | 65429 | GP | R. YOUNG, MHP | 10/13/2023 | 8:36 AM | 10/13/2023 | 8:38 AM | N/A | N/A | N/A | N/A | N/A | N/A | |
| 109 | N/A | N/A | N/A | N/A | WILLIAMS, REGINALD S. | P39248 | AC | R. YOUNG, MHP | 10/18/2023 | 8:43 AM | 10/18/2023 | 8:50 AM | N/A | N/A | N/A | N/A | N/A | N/A | |
| 109 | N/A | N/A | N/A | N/A | BYRD, TRAVAS L. | L12130 | AC | R. YOUNG, MHP | 10/19/2023 | 7:55 AM | 10/19/2023 | 8:05 AM | N/A | N/A | N/A | N/A | N/A | N/A | |
| 109 | N/A | N/A | N/A | N/A | BYRD, TRAVAS L. | L12130 | AC | R. YOUNG, MHP | 10/20/2023 | 8:11 AM | 10/20/2023 | 8:25 AM | N/A | N/A | N/A | N/A | N/A | N/A | |
| 109 | N/A | N/A | N/A | N/A | TOMLINSON, DONALD J. | V33546 | AC | R. YOUNG, MHP | 10/27/2023 | 12:50 PM | 10/27/2023 | 1:15 PM | N/A | N/A | N/A | N/A | N/A | N/A | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |



GOVERNMENT EXHIBIT
6
5:24-cr-11-MW
CARDELS 800-783-0399

 

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## GARRITY RIGHTS ASSURANCE

Location: _Gulf C.I_

Date: _10/18/23_      Time: _9:11 AM_

Case Number: _23-19356_

This is a voluntary interview. Accordingly, you do not have to answer questions. No disciplinary action will be taken against you solely for refusing to answer questions.

**ACKNOWLEDGEMENT**

I understand the assurances stated above and I am willing to make a statement and answer questions. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

Signature: _____

**WITNESS:**

Inspector: _Bobby Hartwell_

Witness: _Dan Crecelius / Dale_

GOVERNMENT EXHIBIT

7A

CARDELS 800-783-0399

 

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## MIRANDA RIGHTS WAIVER

Location: _____Gulf C.I_____

Date: ___10/18/23_____ Time: ____9:11 AM_____

Case Number: ___23-19356_____

### YOUR RIGHTS (Read to Suspect out loud):

- Before we ask you any questions, you must understand your rights.

- You have the right to remain silent.

- Anything you say can be used against you in court.

- You have the right to talk to a lawyer for advice before we ask you any questions.

- You have the right to have a lawyer with you during questioning.

- If you cannot afford a lawyer, one will be appointed for you before any questioning, if you wish.

- If you decide to answer questions now, without a lawyer present, you have the right to stop answering at any time.

- Have you requested counsel pursuant to an interrogation attempt within the last fourteen (14) days?

### CONSENT:

I have read this statement of my rights, or have had this statement of my rights read to me, and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signature: _____Captain Ken Nold_____

### WITNESS:

Inspector: _____Bobby Dutrel_____

Witness: _____Louis Cordova_____

GOVERNMENT
EXHIBIT
7B
CANDELS 800-783-0399

**TRANSCRIPT OF INTERVIEW OF DEAN PADGETT**

**Interviewers:** Inspector Hartwell, Special Agent Crecelius, Inspector
Cordova

**Interviewee:** Defendant

**Interview on:** October 18, 2023

**Location of Interview**: Gulf Correctional Institution

GOVERNMENT
EXHIBIT

7ᴅ

CARDELS 800-783-0399

1  **INSPECTOR CORDOVA**: Speaking is Senior Inspector Louis Cordova with the Florida
2  Department of Corrections Office of the Inspector General. Uh, today's date is October the 18th.
3  The year is 2023. The time is 9:11am Central Time. I'm present here at Gulf Correctional
4  Institution, in the conference room with Captain Dean Padgett, Inspector Bobby Hartwell, and
5  Dan…could you….

6  **SPECIAL AGENT CRECELIUS**: Crecelius.

7  **INSPECTOR CORDOVA**: Dan Crecelius. This interview is in regard to IG case 23-19356, it
8  is a criminal investigation being investigated by the Office of the Inspector General and we are
9  interviewing today as the suspect in this case. Before we proceed can you please tell us your full
10 name?

11 **DEFENDANT**: Uh, Dean Padgett.

12 **INSPECTOR CORDOVA**: And your title?

13 **DEFENDANT**: Captain.

14 **INSPECTOR CORDOVA**: And…your date of birth?

15 **DEFENDANT**: Uh…9…uh September the 27, 1967.

16 **INSPECTOR CORDOVA**: Alrighty sir. At this time…. Before we swear you in, I have to go
17 over some documents with you. Um, this a Garrity Rights Assurance document and I'm gonna
18 read it to you. And it states that this is a voluntary interview. Accordingly, you do not have to
19 answer questions. No disciplinary actions will be taken against you solely for refusing to answer
20 questions. Do you understand your rights?

21 **DEFENDANT**: Yes sir.

22 **INSPECTOR CORDOVA**: Okay.

23 **INSPECTOR HARTWELL:….** Gets old sitting around the house with nothing to do, don't it?
24 I had *inaudible* this year man, and then boom they – it kills me just sitting here. You know.
25 Get up and do my walking then I'm like…I gotta go back to work.

26 **INSPECTOR CORDOVA**: Alright then. If you understand…there's a signature line there for
27 you. It says signature. Alright. Alright…one more, okay? Before we can actually swear you in.
28 Because it's a criminal case as Inspector Hartwell has already indicated. We have to read this to
29 you. This is a part of the 112…the Bill of Rights. Um, and it states… I'm gonna read it to you.
30 That "Before we ask you any questions you must understand your rights. You have the right to
31 remain silent. Anything you say can be used against you in court. You have a right to talk to a
32 lawyer for advice before we ask you any questions, and you have the right to have a lawyer with
33 you during questioning. If you cannot afford a lawyer, one will be appointed for you before any
34 questioning if you wish. If you decide to answer questions now without a lawyer present, you
35 have the right to stop answering at any time. Have you requested counsel pursuant to an
36 interrogation attempt within the last 14 days?"

1  **DEFENDANT:** No sir.

2  **INSPECTOR CORDOVA**: Alright. The consent box reads that "I have read the statement of
3  my rights or have had the statement of my rights read to me, and I understand what my rights
4  are. At this time, I'm willing to answer questions without a lawyer present." Are you willing to
5  answer questions at this time without a lawyer present?

6  **DEFENDANT:** Yes sir.

7  **INSPECTOR CORDOVA**: Okay. There's a signature box there for you…. Right there.

8  **SPECIAL AGENT CRECELIUS**: Hey Captain, while they're filling that out I just want to let
9  you know my role here. I'm with the FBI. I'm you know…in on this jointly with them. Just kind
10  of learning the ropes from how this works, and I- I'm new to the whole Garrity thing, and this
11  whole process. So, I'm learning the ropes from them. I may have a couple of questions along the
12  way, maybe not. It depends on how it goes. Um. My only addition to this, and after talking with
13  these guys, I don't…I don't suspect this going to happen. My only addition is don't lie to us. Just
14  come tell the truth…what happened from your perspective, and that's all we can do.

15  **DEFENDANT:** That's all I'm gone do.

16  **SPECIAL AGENT CRECELIUS**: Sounds good.

17  **INSPECTOR CORDOVA**: Alright Captain, if you raise your right hand do you solemnly
18  swear and affirm the statements you make will be the truth, the whole truth, and nothing but the
19  truth.

20  **DEFENDANT:** Yes sir.

21  **INSPECTOR CORDOVA**: Alright. As you can see its being digitally recorded.

22  **DEFENDANT:** Yes sir.

23  **INSPECTOR HARTWELL:** Alright so, tell me about the day. Tell me about where you were
24  when you first heard about this inmate. Whatever the problem was…how you got involved.
25  Cause he was in confinement, correct?

26  **DEFENDANT:** Yes sir. He was in confinement.

27  **INSPECTOR HARTWELL:** Okay, and you were the duty Captain?

28  **DEFENDANT:** Yes sir.

29  **INSPECTOR HARTWELL:** So, you're running the whole compound.

30  **DEFENDANT:** Correct. Yes sir.

31  **INSPECTOR HARTWELL:** So, tell me what you know.

32  **DEFENDANT:** Uh, I was in my office, and I got a call from Y dorm that this inmate
33  was…uh…had his cell window covered, was flooding the cell. Uh, refusing to undo it or uncover

1  the window. Refusing to stop flooding the cell. So, we went down there. Of course, the Sergeant
2  counseled him, I went there and counseled with him. Uh asked him….

3  **INSPECTOR HARTWELL:** Did he say…what's he saying? Is he just, is he cussing, carry on
4  or what's he…what's his behavior?

5  **DEFENDANT:** He's…. Well as far as you can't see in the cell because the cell windows closed.

6  **INSPECTOR HARTWELL:** Right.

7  **DEFENDANT:** But he's not. At that point, he's not saying anything.

8  **INSPECTOR HARTWELL:** Okay.

9  **DEFENDANT:** Uh. He's in the uh….

10  **INSPECTOR HARTWELL:** The cameras…one of the camera cells?

11  **DEFENDANT:** He's in a camera cell. But he's, I think he's covered the camera up.

12  **INSPECTOR HARTWELL:** Right.

13  **DEFENDANT:** And uh. He's in a, I guess for better lack of words – call it a spit shield cell or
14  spit cell.

15  **INSPECTOR HARTWELL:** Okay.

16  **DEFENDANT:** The one with the little door on it.

17  **INSPECTOR HARTWELL:** Right.

18  **DEFENDANT:** Uh, so I'm opening it, and I said "Hey man come here. I was talking to him to
19  get him to tell me what's going on"…blah blah blah blah blah blah. I said, you know if you don't
20  come talk to me, if you don't do what we ask you to, we are going to have to apply…you know
21  we gone have to go through the next step. Uh. He didn't say nothing. So, I said okay.

22  So, we went to the back…to the officer station. Of course, went through the process, calling,
23  checking 650B, calling nurses, wind, gas and all this kind of stuff. I got the camera, got the
24  camera started. Of course, did the lead in statement uh, of course – long story short, went to the
25  cell, the inmate uncovered, complied. But he had stopped his toilet up, so we had to pull him out
26  because he stopped the toilet. That time the inmate told me, he said "Captain, you put me back in
27  there I'm gonna kill myself." I said "Okay." So, I made a decision at that time to take him to
28  medical to put him in SOS cell, because we, I didn't because technically if he says he gone kill
29  himself I gotta set someone in there with him, watching the cell doors at all times.

30  I didn't have – of course we short, we didn't have that. So, I said well I can take him put him in
31  SOS cell then they can watch him in there. We escorted him out of Y dorm, myself and Officer
32  Mazingo escorted him out of Y dorm, escorted him into medical. We took him in the – in the uh
33  – I don't know if you call it the triage room or what. The first room right there. Uh, well before

1  we did that, I opened the door. There was an inmate sitting and I told that inmate to get out.
2  *inaudible*

3  **INSPECTOR HARTWELL:** Right.

4  **DEFENDANT:** So, told that inmate to get out. We took the inmate in there. I turned around –
5  was gone talk to the, to the nurse and I don't know what the deal is. She had stepped out. When
6  she stepped out, I turned around. The inmate…uh. I can't remember his name, but anyway.
7  Inmate hit his head on the wall. Fell to the ground, and I think it almost knocked him out. So, I'm
8  turning around like…what am I gonna do now. So, I don't know what the inmate is doing, so, I
9  took my foot, placed it on his shoulders, kind of shook him. Said "inmate get up." And he looked
10 at me, wouldn't get up. I continued to say "inmate get up." He wouldn't get up. Third time I said
11 "inmate get up or we gone have to physically pick you up."

12 So, he gets up – we stand up. I said now. He says "Captain I just want to go back to my cell." I
13 said you done declared psych emergency, you gonna kill yourself. You need to see the nurse. I
14 ain't seeing no nurse, carry me back to my cell. Started getting disorderly. I said "Well I'll tell
15 you what man. You said you wanted to kill yourself if I put"…he said "no Captain." He said,
16 "yea I said I'd kill myself if you put me back in that cell." I said, so you're saying you need a
17 different cell? He said "I want a different cell and something to sleep on…." because I think at
18 that time, he was on property restriction, I believe. Uh. I said, well man that'll depend on you. I
19 said your…your actions when I take you back it'll depend on what you get.

20 He said "just Captain I don't want no medical, put me back in the cell." Well, where he hit his
21 head at – this side I believe it was, had a little cut above it. So, I went and got some napkins. I
22 said, "Well we can't carry you out like this," went and got some napkins. Wiped it. It quit
23 bleeding. I said, you sure you don't want to see psych. He say's "no sir." Well, he didn't say no
24 sir, he said "no carry me back to my cell." So, I told Mazingo instead of just having a big fiasco
25 here, let's take him back, put him in his cell.

26 So, we did take him back. Put him in a different cell. I gave him a sheet and a blanket. And I
27 asked him again. You aint gone wanna harm yourself? He said "no sir. I just want a different cell
28 and want something to sleep on." Okay. So, I took him back. We put him in the cell, I give him a
29 sheet and a blanket. I told Mazingo, I said "if his continued behavior…continues to be good and
30 he does what he does, give him a mat." And I – and I exited. And I said uh – and I was informed
31 later that he had. He was improved and they give him a mat. And that pretty much all I know of.

32 **INSPECTOR HARTWELL:** What did they tell you about leaving? What did…Who asked
33 you to leave number one. That day on the on the compound. Who?

34 **DEFENDANT:** Uh, Colonel.

35 **INSPECTOR HARTWELL:** Why? Did he give you a reason? Is he telling you?

36 **DEFENDANT:** Mmm. All I know is uh. Where was I at. Colonel called…. I was in medical….
37 Yup, I was still in medical…..And the Colonel came to medical. I don't what they were doing.
38 And she come out and she said go with me to my office. So, she walked out, and she said I got to

1   call Mr. Payne. I guess she called Mr. Payne and then…. So, we walked up front towards the
2   office, and she said I'm waiting on Mr. Payne to call me back. So, I guess Mr. Payne called her
3   back and she said…Well…. Said go down there…because I was using a little office down here,
4   behind the canteen. She said "Well, I gotta go to canteen. Come on…I'll escort you down." So,
5   she escorted me down, I went in she said go in there and get your personal stuff. So, I went in
6   and got my person stuff. She escorted me out the gate.

7   **INSPECTOR HARTWELL:** Have you talked to anybody else about this. Have they asked you
8   any questions…anything?

9   **DEFENDANT:** I haven't talked to anybody. No sir.

10   **INSPECTOR HARTWELL:** Did you ever strike the inmate at all that day?

11   **DEFENDANT:** No sir.

12   **INSPECTOR HARTWELL:** When he was down in his cell, was there any like harsh words?
13   Did you threaten him?

14   **DEFENDANT:** No sir.

15   **INSPECTOR HARTWELL:** Um. Between….

16   **DEFENDANT:** Well, only if you don't do what you tell me to.

17   **INSPECTOR HARTWELL:** No, I mean a threat like….

18   **DEFENDANT:** Oh, no no no no.

19   **INSPECTOR HARTWELL:** Im gonna hound your….

20   **DEFENDANT:** No sir.

21   **INSPECTOR HARTWELL:** Hound your tail kind of thing.

22   **DEFENDANT:** No sir.

23   **INSPECTOR HARTWELL:** We have to tell them knock it off or we're going to the next step.

24   **DEFENDANT:** Right.

25   **INSPECTOR HARTWELL:** …and some people say that's a threat. Well, no…that's process.

26   **DEFENDANT:** Right.

27   **INSPECTOR HARTWELL:** We have to give them a warning before we use force when you're
28   you know.

29   **DEFENDANT:** Right. Yea it was pretty calm. I walked down there and told him…alright man,
30   if you don't, I gotta do what I gotta do.

31   **INSPECTOR HARTWELL:** At any time between his cell and medical, did you strike, hit him,
32   push him, bump him into the walls, any of that kind of stuff?

1    **DEFENDANT:** No sir.

2    **INSPECTOR HARTWELL:** He walked freely…you weren't dragging him, bumping him.
3    How was, how was his gate when he was walking?

4    **DEFENDANT:** Well, he was walking. Pretty good until we got in the medical lobby….

5    **INSPECTOR HARTWELL:** Right.

6    **DEFENDANT:** Whenever he started trying to boost up them… inmates that were sitting there.
7    And of course, then we escorted him on in.

8    **INSPECTOR HARTWELL:** Right. You don't want it to grow.

9     **DEFENDANT:** Right. So, then we escorted him on in. Because when you go through the
10   classification door it opens up into the medical lobby… So, and trying to get them agitated so
11   yeah, we escorted him on into the medical room. To the triage room, I'm sorry.

12   **INSPECTOR HARTWELL:** Now, did he say anything before he hit his head? Did he say I'll
13   hit you. I mean…was he running his mouth or was he just a complete….

14   **DEFENDANT:** Well…he was…let me think. To be honest with you I don't remember him
15   saying anything, no sir.

16   **INSPECTOR HARTWELL:** Um. Were the nurses in there? These nurses that are….

17   **DEFENDANT:** No sir, like I said when I walked in there, there was one nurse with an inmate
18   out and she was doing sick call or…

19   **INSPECTOR HARTWELL:** Which nurse?

20   **DEFENDANT:** Cater…I think? The white lady. Uh, I don't know if she's sick call or what the
21   deal was. Like I said, I told that inmate to get out. When he got out, I turned around, like I said I
22   turned around and she had exited the thing. And that's when everything happened.

23   **INSPECTOR HARTWELL:** Um. But you didn't push him. You didn't shove him into the
24   wall. He…

25   **DEFENDANT:** No.

26   **INSPECTOR HARTWELL:** I'm sorry. You didn't cause it. Did he intend to do it you think?
27   Was it an intentional act or…

28   **DEFENDANT:** I think so.

29   **INSPECTOR HARTWELL:** Was he stumbling? Was he shackled?

30   **DEFENDANT:** Uh. Yes sir. Well, wait a minute. He should have been. Uh…I'm not gone lie
31   and say yes or no…I can't remember sir.

32   **INSPECTOR HARTWELL:** He was handcuffed?

1   **DEFENDANT:** He was handcuffed behind his back, yes sir.

2   **INSPECTOR HARTWELL:** Behind his back so he didn't have a belly chain or all of that on
3   him?

4   **DEFENDANT:** No sir, no sir, no sir.

5   **INSPECTOR HARTWELL:** Okay. Um…do you think it was an intentional thing? Or you
6   think he tripped…or?

7   **DEFENDANT:** I think it was intentional, yes sir.

8   **INSPECTOR HARTWELL:** No other nurses in there that you saw, or talked to or anything
9   like that?

10   **DEFENDANT:** No sir.

11   **INSPECTOR HARTWELL:** The inmates out in the lobby. Did you have a conversation with
12   them afterwards?

13   **DEFENDANT:** No sir.

14   **INSPECTOR HARTWELL:** Um. How were they when you took him back out of there? I'm
15   sure when they saw his eye, I'm sure they weren't…

16   **DEFENDANT:** Uh. Well. From what I can remember when we took…like I said he was trying
17   to goose them up…when we got him in there the officer that's assigned to that area you know
18   calmed them down.

19   **INSPECTOR HARTWELL:** Who was that? I'm sorry.

20   **DEFENDANT:** Suber. Mr. Suber.

21   **INSPECTOR HARTWELL:** Okay.

22   **DEFENDANT:** Calmed them down, and uh. But when we walked him out, they
23   didn't…nobody…as far as I can remember didn't nobody holler nothing or nothing like that, no
24   sir.

25   **INSPECTOR HARTWELL:** Alright. Walking back to the cell…

26   **DEFENDANT:** He walked right back to the cell, yes sir.

27   **INSPECTOR HARTWELL:** No problems, no screaming, no…

28   **DEFENDANT:** No sir.

29   **INSPECTOR HARTWELL:** Um… going back through any areas where there's no video, was
30   he struck or hit by y'all? Pushed, shoved, knocked down, any of that stuff?

31   **DEFENDANT:** No sir.

1 **INSPECTOR HARTWELL:** Um, you put him in a different cell than the camera cell he was
2 in?

3 **DEFENDANT:** Yes sir.

4 **INSPECTOR HARTWELL:** Um. When he went to the cell he did so voluntarily?

5 **DEFENDANT:** Yes sir.

6 **INSPECTOR HARTWELL:** You didn't shove or push him?

7 **DEFENDANT:** No sir.

8 **INSPECTOR HARTWELL:** He uh…gave up his cuffs?

9 **DEFENDANT:** Yes sir.

10 **INSPECTOR HARTWELL:** Um…

11 **DEFENDANT:** I said I'd give him a sheet and a blanket. Put it on his bed, and he went in – give
12 his cuffs up. I guess his behavior was good because they gave him a mat. So.

13 **INSPECTOR HARTWELL:** Okay. So, let's talk about the elephant in the room. Rumor is that
14 you put your, your boot on his neck. Did you ever put your boot on his neck?

15 **DEFENDANT:** I put my boot on his shoulder. I never put it on his neck.

16 **INSPECTOR HARTWELL:** So, you never choked him or put any pressure on his neck or
17 anything like that with a boot?

18 **DEFENDANT:** No sir.

19 **INSPECTOR HARTWELL:** Did you ever strike him with your fist?

20 **DEFENDANT:** No sir.

21 **INSPECTOR HARTWELL:** Did you kick him. Elbow strike. Any kind of strike at all?

22 **DEFENDANT:** No sir.

23 **INSPECTOR HARTWELL:** With what happened in medical that day…Would you have
24 determined anything you did as a use of force itself?

25 **DEFENDANT:** No sir.

26 **INSPECTOR HARTWELL:** Um. What about Officer…. I can't say his name. Mazing…

27 **DEFENDANT:** Mazingo?

28 **INSPECTOR HARTWELL:** Mazingo.

29 **DEFENDANT:** No sir.

**INSPECTOR HARTWELL:** How was he during the escort? I mean he wasn't pushing, pulling, hitting.

**DEFENDANT:** Oh no sir. No sir.

**INSPECTOR HARTWELL:** Um he was with you the whole time. It's not like you and the inmate were ever alone to where you could've…

**DEFENDANT:** Correct.

**INSPECTOR HARTWELL:** Struck him.

**DEFENDANT:** No sir.

**INSPECTOR HARTWELL:** So, anything that happened he would've seen and known.

**DEFENDANT:** Correct.

**INSPECTOR HARTWELL:** Okay. Um. You didn't gas anybody?

**DEFENDANT:** No sir.

**INSPECTOR HARTWELL:** Um. He didn't need a fresh water shower, we didn't refuse any of that kind of stuff?

**DEFENDANT:** No sir.

**INSPECTOR HARTWELL:** *INAUDIBLE*

**SPECIAL AGENT CRECELIUS:** I have couple…just because the only thing I know about jails is what I see on TV.

**DEFENDANT:** Yes sir. Correct.

**SPECIAL AGENT CRECELIUS:** And uh so y'all respond and do everything you need to do. Um. When he is. When you guys escort him. What is the…like I know with us we got to keep positive control on the handcuffs. Do you guys grab him by the shoulder, by the arms?

**DEFENDANT:** By the biceps. Because we're not supposed to escort by handcuffs.

**SPECIAL AGENT CRECELIUS:** Okay. So, you and the other officer were kind of…

**DEFENDANT:** Yeah. I had one and he had the other. Like bicep area.

**SPECIAL AGENT CRECELIUS:** Okay.

**DEFENDANT:** Yeah. We're not allowed to by handcuffs.

**SPECIAL AGENT CRECELIUS:** And then I know with, with medical services, I'm assuming anybody can refuse medical. So, once he… Once he hit his eye. He said nah I don't want to see medical and that's his right…

**DEFENDANT:** Yes sir.

1   **SPECIAL AGENT CRECELIUS:** Is there anything here. Like…I know on the outside in
2   Florida you can Baker Act someone for like a mental health problem.

3   **DEFENDANT:** Right.

4   **SPECIAL AGENT CRECELIUS:** Is, is there a way if he says – I don't want like mental
5   health…

6   **DEFENDANT:** He should've been…had a referral to mental health, yes sir.

7   **SPECIAL AGENT CRECELIUS:** Okay, and then. And is there, is there like a staff psychiatrist
8   or psychologist here that can see inmates and have a mental health interview?

9   **DEFENDANT:** We don't have a full-time psychologist. We have a…I don't know what they
10   call it.

11   **INSPECTOR CORDOVA:** Mrs. Young…she's a…

12   **DEFENDANT:** Yeah, we just got Mrs. Young.

13   **INSPECTOR CORDOVA:** She's not a psychiatrist.

14   **DEFENDANT:** Right. She's a…

15   **INSPECTOR CORDOVA:** Psychologist.

16   **DEFENDANT:** Yeah. Yeah.

17   **SPECIAL AGENT CRECELIUS:** And you would take the inmates to…in that medical triage
18   room is where they would see the psychologist?

19   **DEFENDANT:** Well, a lot of times it depends. Uh. If they declare psych emergency…it's
20   according to what they declare. Like if they declare psych emergency. Just, hey I want a psych
21   emergency…we'll take em' and probably put them in the holding cell. Because in Y dorm the
22   holding cell has the cameras on it.

23   **SPECIAL AGENT CRECELIUS:** Okay.

24   **DEFENDANT:** If they go to the extent… "I'm gone kill myself." I normally like to take em on
25   and put them in the suicide cell, and then they can, they can make the determination if I need to
26   take him back to the cell or I can leave him in there.

27   **SPECIAL AGENT CRECELIUS:** Okay.

28   **DEFENDANT:** Yeah, so to me it's according to what…I guess I'd say…degree the psych
29   emergency.

30   **SPECIAL AGENT CRECELIUS:** Yeah…

31   **DEFENDANT:** You know, if he just said "Hey, I got a psych emergency"…okay you can wait
32   until she gets here.

1  **SPECIAL AGENT CRECELIUS:** But you're not a, you're not a professional mental health
2  provider, so if someone says hey I'm going to kill myself you put him back in the cell...that's
3  not on me I'm gonna take you to doc and their going to be able to...

4  **DEFENDANT:** Right. That's...that's what I.... If you say "I'm gone kill myself" I'm taking
5  that off me and I'm taking you to put you in that cell.

6  **SPECIAL AGENT CRECELIUS:** Okay.

7  **DEFENDANT:** Yeah. When she examines you then she can say. Hey, he's full of bull so take
8  him back. Or no...I want to leave him here.

9  **SPECIAL AGENT CRECELIUS:** And then so...whenever you're...so when you're...you
10  guys are escorting him. You take him to medical. Is the cell in the area? The...Like the psych
11  cell that you're talking about?

12  **DEFENDANT:** It's...when you take him to triage, you come out of triage and go down...forty
13  feet...fifty feet...maybe.

14  **SPECIAL AGENT CRECELIUS:** Okay.

15  **DEFENDANT:** And you go through another door then the psych cells are right there...yes sir.

16  **SPECIAL AGENT CRECELIUS:** And then....so then, he walks into the room and
17  um...whenever he bumped his head on the wall...did he kind of like pull you guys with him?

18  **DEFENDANT:** Well at that time...I can't answer that question. At that time...like I said,
19  Officer Mazingo was there. I had turned around to speak to the nurse...

20  **SPECIAL AGENT CRECELIUS:** Okay.

21  **DEFENDANT:** So, no he didn't pull away from me.

22  **SPECIAL AGENT CRECELIUS:** Okay.

23  **DEFENDANT:** I can...I can say that part.

24  **SPECIAL AGENT CRECELIUS:** Gotcha. Alright um...yeah. I think that's all that I have.

25  **INSPECTOR CORDOVA:** Can you just speak to the process because people don't know about
26  S-H-O-S. Right?

27  **DEFENDANT:** Right.

28  **INSPECTOR CORDOVA:** So, here's your Captain, you take the inmate down there. Who
29  make's that determination on...on putting him in that S-H-O-S room?

30  **DEFENDANT:** I can place him in the S-O-S cell as far as...I mean...no I can't...let me tell you
31  about it. If I'm concerned about his safety, I can put him in that cell...I can't technically place
32  him in that cell. I can put him in that cell and then but, the psych people are the ones that actually
33  can place him in the cell.

1   **SPECIAL AGENT CRECELIUS**: Okay.

2   **DEFENDANT:** I mean I can put him in there for…I'm just gone say it…for my C-Y-A.

3   **SPECIAL AGENT CRECELIUS**: Mhm. Yeah. Absolutely.

4   **DEFENDANT:** You know what I'm saying? If you gone keep…

5   **INSPECTOR HARTWELL:** For a short amount of time.

6   **DEFENDANT:** For a short amount of time.

7   **INSPECTOR HARTWELL:** For him to be assigned there.

8   **DEFENDANT:** Until he can be assessed by his medical.

9   **SPECIAL AGENT CRECELIUS**: Okay.

10  **DEFENDANT:** Now to be assigned in there. That's got…well it can either be medical or
11  pysch…can assign him in there. And uh…I think once they assign him in there…he's a
12  mandatory 23, 24 before they can even let him out. But I can place him in there, just, hey to
13  cover me. I don't, you saying I'm gone kill myself then put you back in a cell and 30 minutes
14  later you know I got to explain why you're hanging or…

15  **SPECIAL AGENT CRECELIUS**: Right.

16  **DEFENDANT:** You know whatever.

17  **SPECIAL AGENT CRECELIUS**: And he…so he says, "I'm gonna kill myself if you put me in
18  the cell," then he bangs his head on the wall. Um, and then he says I don't want medical, I'm not
19  going to kill myself, and you believed him enough to take him back to a different cell?

20  **DEFENDANT:** Right. Well…see…when I put. When he told me that... I said, well if you gone
21  kill yourself, you aint gone…

22  **SPECIAL AGENT CRECELIUS**: Absolutely.

23  **DEFENDANT:** On – on me. So, I said well – I told Mazingo let's take him…put him in there.
24  Excuse me. And I don't know what happened once we got him up…it seemed like his demeanor
25  just changed.

26  **SPECIAL AGENT CRECELIUS**: Okay.

27  **DEFENDANT:** You know what I'm saying. It seems like he just all of a sudden. You know.
28  Once he started. Once we got him…once he found out that I was taking him back to Y dorm and
29  putting him in a different cell it just kinda just changed. Uh…

30  **SPECIAL AGENT CRECELIUS**: He got what he wanted?

31  **DEFENDANT:** I don't know how to explain it. I don't know how to explain it. But he was
32  being a butt until I said okay. You aint gone kill yourself…I'll put you in a different cell and give

1   you something, and then it just changed. I mean I – I'm no psychologist so I can't speculate on
2   what that was. But basically, he was doing everything to get a cell change.

3   **SPECIAL AGENT CRECELIUS**: Gotcha.

4   **DEFENDANT**: And. A lot of times inmates that go to that extent…because honestly, if you can
5   tell me. "Hey, Captain I want a cell change," most likely it ain't gone happen.

6   **SPECIAL AGENT CRECELIUS**: Right.

7   **DEFENDANT**:  Me and Ms. West, very highly don't like each other.

8   **INSPECTOR HARTWELL**: Right.

9   **DEFENDANT**: Uh. Because one day. You know. We're required to get medical call outs up. I
10  mean that's a requirement; we've got to do it. Sometimes that don't happen…expediently as they
11  like it.

12  **INSPECTOR HARTWELL**: Right.

13  **DEFENDANT**: You know what I'm saying. You know because we've got stuff to do. So…one
14  day she's telling us "Hey you need to do this, you need to do that, you need to do the other." I
15  said…whoa. Wait a minute. I said, "I'm the Captain, I'll get it done. I said – and it might've been
16  wrong – I said, but you're a nurse, stay in your lane." You know. I said "your DON, but
17  technically, you're a nurse, stay in your lane." And after that mine and her relationship went
18  *make noise*

19  **SPECIAL AGENT CRECELIUS**: So, you mentioned she had…whenever you were…she was
20  doing like sick calls with another inmate while you were back there?

21  **DEFENDANT**: Right, yes sir.

22  **SPECIAL AGENT CRECELIUS**: And, when when y'all before you came in…you told them
23  you know get out.

24  **DEFENDANT**: Yeah, I told the other inmate, yes sir.

25  **SPECIAL AGENT CRECELIUS**: The inmate to get out. Um. Can you. Just to cover all
26  angles, and I think that's an appropriate word to use here, but can you walk through because I
27  don't know what the room looks like or anything like that, so from where you guys walk in from
28  where you…

29  **INSPECTOR HARTWELL**: Mind drawing it?

30  **SPECIAL AGENT CRECELIUS**: And maybe like where the…. where the other nurse is at
31  and…

32  **INSPECTOR HARTWELL**: So, he understands. I've – I've worked at Gulf. I've came up here
33  as an officer and saw the requirements…so I know the layout, but…

34  **DEFENDANT**: I mean, I aint no Picasso now.

1    **INSPECTOR CORDOVA:** Right. Gah-lee man.

2    **DEFENDANT:** I aint even a uh…

3    **INSPECTOR HARTWELL:** I don't need to be Van Gogh the way I draw.

4    **DEFENDANT:** Yeah. I'm a…what do you call that? I'm a…a…uh…where they just throw
5    paint on a wall? And that's a painting.

6    **INSPECTOR HARTWELL:** Like the *inaudible* that does all these paintings and the
7    elephants?

8    **DEFENDANT:** Yeah, that's me.

9    **SPECIAL AGENT CRECELIUS:** It's all abstract nowadays you pay billions for that…

10   **DEFENDANT:** Yeah. Alright now this will be the hallway coming in from classification. This
11   is where all the inmates were sitting right here. This is uh…the uh…waiting area.

12   **SPECIAL AGENT CRECELIUS:** Okay.

13   **DEFENDANT:** You come in through this door, come in right here and this door right here that
14   goes in…this is triage room.

15   **SPECIAL AGENT CRECELIUS:** Okay.

16   **DEFENDANT:** You got two doors. You got one going there…one going out, one going
17   here…but this just goes into the medical to keep the meds and…

18   **SPECIAL AGENT CRECELIUS:** Okay.

19   **DEFENDANT:** uh…keep…

20   **INSPECTOR CORDOVA:** Pharmacy.

21   **DEFENDANT:** Pharmacy…there ya go. There ya go. But anyway. We come in through here,
22   come in this door. You got a counter right here. A big, long counter, and then a little counter, and
23   then another counter that comes like this. You got a little area right through here, and of course
24   this door right here has got a window in it. Up high window.

25   We come in here…we come through this door and we're standing right here…because there's a
26   set of scales and usually a blood pressure monitor. The electronic blood pressure monitor right
27   there. So, we come in here, and we're standing right…right here. Uh. When we came in…the
28   inmate…of course the inmate…the other inmate was sitting here, and Ms. Cater was here.

29   This is on the other side of the counter. So, I told him to get out. He comes out and goes back
30   into the lobby. Uh…we come right here. Uh this is where the inmate struck his head and he fell
31   down. Kind of behind this counter, and this where I tried to get him up. Blah blah blah blah. And
32   Ms…when I turned around and told this inmate, Ms. Cater exited out this door. And when I
33   come…turned around, we got everything done, and then she came…after we got the inmate up,
34   and he said he didn't want medical, she came back in this door. This door. And sat down.

1   **INSPECTOR CORDOVA:** She being who?

2   **DEFENDANT:** Uh, Ms. Cater.

3   **INSPECTOR HARTWELL:** Okay.

4   **DEFENDANT:** Now, at no time did I see Ms. West. But I mean that aint no drawing, but of
5   course you come out this door. You go down the long hallway, and then you got your…go this
6   way, and then here's your SOS cells over here. Got a hallway here, and a hallway here. Here's
7   the officer station for the SOS cells, and you got two SOS cells right here, and here's your
8   infirmary right there.

9   But we came in right here…came by, of course you told all these inmates face front, course he's
10   trying to get them aggravated. We come in right here, this where this happened. Like I said this
11   is that big old long counter, and uh…Ms. Cater exited out here, then she came back in. The
12   inmate done in…I wiped his head, and we took him back in. Like I said I'm no Van Gogh, but
13   that's kind of…

14   **SPECIAL AGENT CRECELIUS:** And then…the other nurse. She would've been over in this
15   area looking in? Based on where her office is?

16   **DEFENDANT:** Her office is actually over here.

17   **SPECIAL AGENT CRECELIUS:** Okay.

18   **DEFENDANT:** This is a hallway. There's another door right here. Her…let's see. This is
19   medical records. Her office, and another office. And then of course you know offices on down
20   this way. So, her office is up here like this…

21   **SPECIAL AGENT CRECELIUS:** Okay.

22   **DEFENDANT:** So if she's saying she was in her office looking there's no way.

23   **SPECIAL AGENT CRECELIUS:** Right.

24   **DEFENDANT:** No way. It's up that way from it. And uh…yea. I heard all kind of rumors. But
25   rumors is rumors.

26   **INSPECTOR HARTWELL:** Do you mind doing me a favor?

27   **DEFENDANT:** No sir.

28   **INSPECTOR HARTWELL:** So, we can put that in the record and prove it's yours do you
29   mind signing it and dating it for me? So, we can put it in the record – I can show that – that was
30   your explanation.

31   **DEFENDANT:** Oh lord, I got to sign?

32   **INSPECTOR CORDOVA:** I didn't draw that.

1  **INSPECTOR HARTWELL:** Well, but one day this could be worth money too. I'm looking to
2  retire so. I'm going to sell peanuts and art, I guess.

3  **DEFENDANT:** I don't know *inaudible* sign that…*inaudible*

4  **INSPECTOR CORDOVA:** Well, is there anything you'd like to add or take away from your
5  statement before we complete this recorded interview?

6  **DEFENDANT:** No sir. Like I said. I don't- I don't understand their…why their doing it. Uh. I
7  don't even understand how their saying that I did do something…cause like I said that big
8  counter is right there in between where they would've been *inaudible* Uh. But I guess…you
9  know I did…like I said…I didn't…never put my…I never hit the inmate. I never put my foot on
10 the inmates uh neck. Like I said I did, put my foot on his shoulder, and just said "Hey
11 inmate…get up…hey inmate get up." Because I didn't want to bend down there over him.

12 **INSPECTOR HARTWELL:** Right.

13 **DEFENDANT:** Didn't want him to spit on me or spit in the air…whatever. Uh. Told the inmate
14 if he didn't get up, we was going to have to force him to get up. He got up. Started being
15 belligerent…carry me back to my cell. I said inmate. Are you gone…you know kill yourself?
16 No, I just want another cell. I said. Well if I take you back to the cell, put you in a different cell
17 or…yeah I'm good Captain, I'm good. And then his demeanor just changed. And he just walked
18 right on back. Put in. Couldn't ask for him to be no better.

19 **INSPECTOR HARTWELL:** Hey, can you do me a favor? Get pictures of that today for
20 me…okay? And the layout of the building and stuff.

21 **DEFENDANT:** Oh lord, you are gonna say I'm an idiot aint you.

22 **INSPECTOR HARTWELL:** Well no. No. I mean what you're saying…you know…I mean.
23 You take pictures of everything and compare it to scale.

24 **SPECIAL AGENT CRECELIUS:** And make sure…

25 **INSPECTOR HARTWELL:** Yeah. And just when you're like cool…so.

26 **DEFENDANT:** Yeah.

27 **INSPECTOR CORDOVA:** Well, if there nothing further that you'd like to add or take away
28 from your statement?

29 **DEFENDANT:** No sir.

30 **INSPECTOR CORDOVA:** Have we promised you anything, threatened or forced you in any
31 way to give this statement?

32 **DEFENDANT:** No sir.

33 **INSPECTOR CORDOVA:** Did you give it on your own free will?

34 **DEFENDANT:** Yes sir.

1   **INSPECTOR CORDOVA**:  Has everything you told us been the truth to the best of your
2   knowledge and recollection?

3   **DEFENDANT:** Yes sir.

4   **INSPECTOR CORDOVA**:  Alright with that being said I'll conclude this recorded statement of
5   Captain Dean Padgett. The ending time of the statement will be 9:47 AM central time. End of
6   statement.