

**DEFENDANT'S EXHIBIT**

CASE NO. 5:24cr11-MW

EXHIBIT NO. 1-A



DEFENDANT'S
EXHIBIT

CASE
NO. 5:24 cr 11-MW

EXHIBIT
NO. 1-B



DEFENDANT'S
EXHIBIT

CASE
NO. 5:24cr 11-MW

EXHIBIT
NO. 1-C



DEFENDANT'S
EXHIBIT

CASE
NO. 5:24cr 11-MW

EXHIBIT
NO.     1-D



**DEFENDANT'S EXHIBIT**

CASE
NO. S:24cr 11-MW

EXHIBIT
NO. 1-E



**DEFENDANT'S EXHIBIT**

CASE
NO. 5:24cr11-mw

EXHIBIT
NO. 1-F



DEFENDANT'S
EXHIBIT

CASE
NO. 5:24cr 11-mw

EXHIBIT
NO. 1-G



**DEFENDANT'S EXHIBIT**

CASE
NO. 5:24 cr 11-MW

EXHIBIT
NO. 1-H



DEFENDANT'S EXHIBIT

CASE NO. 5:24cr11-MW

EXHIBIT NO. 1-I



**DEFENDANT'S EXHIBIT**

CASE
NO. 5:24cr11-MW

EXHIBIT
NO. 1-J



**DEFENDANT'S EXHIBIT**

CASE NO. 5:24 cr 11-mw

EXHIBIT NO. 1-K



DEFENDANT'S
EXHIBIT

CASE
NO. 5:24 cr 11-MW

EXHIBIT
NO. 1-L



**DEFENDANT'S EXHIBIT**

CASE NO. 5:24cr11-MW

EXHIBIT NO. 1-M



**DEFENDANT'S EXHIBIT**

CASE
NO. 5:24cr 11-MW

EXHIBIT
NO. 1-N



**DEFENDANT'S EXHIBIT**

CASE NO. 5:24cr 11-mw

EXHIBIT NO. 1-0



Please place urine cups in GREY basin

**DEFENDANT'S EXHIBIT**

CASE NO. 5:24cr 11-mw

EXHIBIT NO. 1-P

**DEFENDANT'S EXHIBIT**

CASE NO. 5:24 cr 11-MW

EXHIBIT NO. 1-Q





**DEFENDANT'S EXHIBIT**

CASE NO. 5:24 cr 11-MW

EXHIBIT NO. 1-R



DEFENDANT'S
EXHIBIT

CASE
NO. 5:24 cr 11-MW

EXHIBIT
NO. 1-S



DEFENDANT'S
EXHIBIT

CASE
NO. 5:24cr11-MW

EXHIBIT
NO. 1-T



DEFENDANT'S
EXHIBIT

CASE
NO. 5:24 cr 11 -mw

EXHIBIT
NO. 1-U



**DEFENDANT'S EXHIBIT**

CASE NO. 5:24cr 11-MW

EXHIBIT NO. 1-V



**DEFENDANT'S EXHIBIT**

CASE
NO. 5:24 cr 11-mw

EXHIBIT
NO. 1-W



DEFENDANT'S
EXHIBIT

CASE
NO. 5:24cr11-mw

EXHIBIT
NO. 1-X



DEFENDANT'S
EXHIBIT

CASE
NO. 5:24 cr 11-MW

EXHIBIT
NO. 1-Y



DEFENDANT'S
EXHIBIT

CASE
NO. 5:24cr11-MW

EXHIBIT
NO. 1-2