IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 5:24cr11-MW/MJF

DEAN PADGETT,

*Defendant.*
_____/

## VERDICT FORM

COUNT ONE

We, the jury, in the above entitled case, unanimously find Dean Padgett, as charged in Count One, Deprivation of Rights with Bodily Injury:

_____ Guilty.   ✓ Not Guilty.

*If GUILTY, your inquiry ends as to Count One. However, if NOT GUILTY, please answer the next question before proceeding to Count Two:*

We, the jury having found Defendant Dean Padgett not guilty of the offense as charged in Count One of the indictment, now unanimously find Dean Padgett, as to the lesser included offense of Deprivation of Rights without Bodily Injury:

_____ Guilty.   ✓ Not Guilty.

FILED IN OPEN COURT THIS
August 28, 2024
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

COUNT TWO

We, the jury, in the above entitled case, unanimously find Dean Padgett, as charged in Count Two, False Statement to a Federal Agency:

_____ Guilty.          \_\_✓\_\_ Not Guilty.

*If you answer GUILTY as to Count 2, please specify which statement or statements upon which you base your verdict. Check which statement or statements you unanimously agree were false, fictitious, and fraudulent and were made by Defendant knowingly and willfully:*

_____     The Defendant never struck A.T. on October 3, 2023.

_____     The Defendant never put his boot on A.T.'s neck on October 3, 2023.

_____     The Defendant never put pressure on A.T.'s neck on October 3, 2023.

SO SAY WE ALL on August 28th, 2024, in Tallahassee, Florida.

                                                           Foreperson